```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/19/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
IN THE MATTER OF THE APPLICATION OF        :      22-MC-320 (VEC)
ADIDAS AG FOR AN ORDER OF ATTACHMENT   :
IN AID OF ARBITRATION                                 :      ORDER
                                                               :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

   WHEREAS on November 10, 2022, the Court granted Petitioner adidas AG's motion to maintain the instant petition for an *ex parte* attachment under seal;

   WHEREAS on April 12, 2023, Respondents Yeezy, LLC and Yeezy Marketing, LLC May 9, 2023, moved to vacate the order of attachment;

   WHEREAS on April 17, 2023, the Court ordered Petitioner to show cause why this matter should not be unsealed, with any confidential information in the parties' filings redacted;

   WHEREAS on May 9, 2023, the Court rejected Petitioner's request to maintain this matter under seal and ordered the parties to jointly submit proposed redactions to any filings containing confidential information in this matter by May 12, 2023; and

   WHEREAS on May 16, 2023, the Court ordered the parties to submit revised, narrowed redactions by May 19, 2023.

   IT IS HEREBY ORDERED that the parties proposed redactions are APPROVED.  The Clerk of Court is respectfully directed to unseal this matter and to place only the redacted versions of the documents containing confidential information on the public docket.

**SO ORDERED.**

                                                                              _____
**Date:  May 19, 2023**                                            **VALERIE CAPRONI**
**      New York, NY**                                                **United States District Judge**