UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF ADIDAS AG FOR AN ORDER OF ATTACHMENT IN AID OF ARBITRATION | Misc. No.: 22-mc-320-VEC<br><br>**DECLARATION OF PETER D. HAWKES IN SUPPORT OF RESPONDENTS' MEMORANDUM IN OPPOSITION TO PETITIONER'S MOTION FOR TEMPORARY RESTRAINING ORDER** |

I, Peter D. Hawkes, declare as follows:

1.     I am an attorney at the Angeli Law Group in Portland, Oregon, which represents Respondents Ye; Yeezy, LLC; Yeezy Marketing LLC; and Yeezy Footwear LLC (collectively, "Yeezy" or "Respondents") in this proceeding. I make this declaration in support of Yeezy's Opposition to Petitioner's Motion for Temporary Restraining Order. The statements contained herein are made upon my personal knowledge. If called as a witness, I would and could competently testify as set forth herein.

2.     Attached as Exhibit 1 is a true and correct copy of Yeezy's Counterclaim Demand for Arbitration (without exhibits) in the matter of *adidas AG v. Yeezy, LLC, et al.*, JAMS Ref. No. 5160000300.

3.     Attached as Exhibit 2 is a true and correct copy of the Class Action Complaint for Violations of the Federal Securities Laws filed in *HRSA-ILA Funds v. adidas AG, et al.*, U.S. District Court for the District of Oregon Case No. 3:23-cv-00629-IM.

4.      Attached as Exhibit 3 is a true and correct copy of an article posted on Yahoo! News on May 25, 2023, which is available at https://news.yahoo.com/nike-execs-warned-adidas-kanye-133309824.html.

//

//

1

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on May 28, 2023, in Camas, Washington.

                                             Peter D. Hawkes