# EXHIBIT 1

## JUDICIAL ARBITRATION AND MEDIATION SERVICES

**adidas AG**

          Claimant,

   v.

**YEEZY, LLC et al.**

          Respondent.

 

**YEEZY, LLC; YEEZY MARKETING LLC; YEEZY FOOTWEAR LLC**; and **YE**, formerly known as KANYE WEST,

        Counterclaimant,

v.

**adidas AG,**

        Counterclaim Respondent.

**JAMS Ref No. 5160000300**

## COUNTERCLAIM DEMAND FOR ARBITRATION

1

# I.

## PRELIMINARY STATEMENT

1.        Counterclaimants Yeezy, LLC, Yeezy Marketing LLC, Yeezy Footwear LLC and Ye, formerly known as Kanye West (hereinafter collectively referred to as "Yeezy"), brings this arbitration counterclaim demand to stop Counterclaim Respondent adidas, AG ("adidas") from ███████████████████████ ████████████████████████████████████████████████████████ ████████████████████████████ and disrespecting the creative force behind Yeezy, music and fashion artist Ye (fka Kanye West).

2.        Born from Ye's visionary embrace of futurism and organic aesthetics, the eponymous Yeezy footwear line reflects Ye's life work and growth as an artist in America.  In developing each shoe, Ye draws creative inspiration from his own experiences, including his childhood memories with his mother at the movies, his deeply held Christian faith, and his appreciation of history and vintage materials.  Recalling one experience where, as a young boy, he was prohibited from touching a Lamborghini, Ye has described each of his shoes as representing that combination of high design and desire: "it's a spirit…translated into these mini vehicles."[1]  Today, the Yeezy brand has captured the marketplace and created an unprecedented footwear frenzy.

3.        As Yeezy's contractual partner in the design and distribution of Yeezy footwear for the past several years, adidas has earned billions in revenues and gained a new generation of devotees.  But adidas's greed and opportunism have no bounds.

████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████

---

[1]  *See* https://youtu.be/Jbgkk1eVHaM.

Hawkes Decl. Ex. 1
Page 2 of 42

███████████████████████████████████████

████████████████████████████████

4.      The background facts that led to this dispute are undisputed and overwhelmingly support Yeezy's claims for relief.  In 2017, Yeezy and adidas entered into a licensing agreement (the "2017 Agreement") for adidas to create and sell footwear based on designs Ye created and using Ye's trademarks and likeness.  ████

███████████████████████████████████████

██████████████████████████████ Based on Ye's highly original and immensely popular designs and Yeezy's well-developed brand recognition, the 2017 Agreement has resulted in enormous revenues for adidas.

5.      ██████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

█████████████████████████████████



| ██████████ | ██████████ |
|---|---|
| Yeezy Slide | adidas Adilette 22 Slide |

Hawkes Decl. Ex. 1
Page 3 of 42



Yeezy Foam Runner



adidas adiFOM Q

6. ███████████████████████████████████████████

██████████████████████████████████████   ███████

███████████████████████████████████████████████

████████████████████████████████████████

7. ███████████████████████████████████████████

███████████████████████████████████████████████

████████   ████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

██████████████████████████

8. ███████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

## THE PARTIES

9.      Counter Claimant Yeezy, LLC, Ye's fashion brand, is a limited liability company organized and existing under the laws of Delaware, with its principal place of business at 6 Centerpointe Dr, Ste 620, La Palma, California 90623.  Ye is the managing member of Yeezy.

10.      Counter Claimant Yeezy Marketing LLC is a Wyoming limited liability company located at 63 Neilson Road, Cody, Wyoming.

11.      Counter Claimant Yeezy Footwear, LLC is a Wyoming limited liability company located at 63 Neilson Road, Cody, Wyoming.

12.      Counter Claimant Ye, formerly known as Kanye West, is an individual.

13.      Counterclaim Respondent adidas AG is a German corporation organized and existing under the laws of Germany, with its principal place of business at Adi-Dassler-Str. 1 91074, Herzogenaurach, Bayern, Germany.

## STATEMENT OF ARBITRABILITY

14.      Pursuant to the 2017 Agreement, the parties have agreed to submit to arbitration in Portland, Oregon, in accordance with the Comprehensive Arbitration Rules and Procedures of JAMS.  (Ex. 1 (2017 Agreement, at ¶ 46(B).)

## FACTUAL ALLEGATIONS

### A.      Ye's Rise To Superstardom As A Musician

15.      Ye is an internationally renowned Grammy Award-winning musical artist, performer, media-company owner, inventor, songwriter, producer, and fashion designer.  Ye has been described by multiple sources as one of the most acclaimed artists of the 21st century.

Hawkes Decl. Ex. 1
Page 5 of 42

16.     Ye was born in Atlanta to a Christian counselor father and English professor mother.  As a youth, Ye was raised by his mother in Chicago's working-class South Shore neighborhood, where he began immersing himself in the South Side's hip-hop scene.

17.     From those roots, Ye developed into a unique and fearless artist.  Though Ye originally won a scholarship to study at Chicago's American Academy of Art, he later dropped out to pursue music.  That decision proved to be the turning point in Ye's life, and the inspiration for his debut album.

18.     Ye initially worked as a producer, including by providing substantial contribution to Jay-Z's 2001 album *The Blueprint*.  But Ye struggled to obtain a record deal because his persona, and his middle-class background, did not conform with the gangster rap culture that proliferated at the time.

19.     Ye's breakthrough as an artist came through near-tragedy: in October 2002, Ye was involved in a car crash that almost killed him, and that resulted in his jaw being wired shut.  Drawing from the traumatic circumstances of the accident, Ye began composing, and ultimately recorded, the deeply personal song *Through the Wire*, which referenced Ye's close experience with death.  In a feat of sheer will, Ye recorded the song just two weeks after his accident, with his jaw still wired shut. Nominated for Best Rap Solo Performance and later certified platinum, *Through the Wire* immediately catapulted Ye toward rap superstardom.

20.     In 2004, Ye released his debut album, aptly titled: *The College Dropout*. Described by *Rolling Stone* as both "incredibly human and impossibly extraordinary,"[2] that album was the beginning of Ye's status as a harbinger—and leader—of American pop culture.

21.     Ye's album stood out by radically diverging from the gangster hip-hop that dominated the airwaves at the time, and combining the "unexpected and the

---

[2]     https://au.rollingstone.com/music/music-lists/the-200-greatest-hip-hop-albums-of-all-time-40803/kanye-west-the-college-dropout-2004-40953/

unlikely."[3]  Indeed, Ye's music incorporated gospel choirs and string accompaniments, along with sped-up, modified pitch samples from soul and R&B hits.  Coupled with themes that included religion, institutional racism, materialism, and his own unique life experiences, the album marked a sea change in the popular music of the era.

22.    Further cementing Ye's status as a pop-culture vanguard was Ye's distinctive fashion style.  In comparison to rappers' popular style of the time, with oversized throwback jerseys and Timberland boots, Ye stood out with his pastel polo shirts paired with sneakers.

23.    Ye's unique style and artistry resulted in immediate widespread success. *The College Dropout* became quadruple-platinum and earned Ye 10 Grammy Award nominations.  Ye later won the Grammy Award for Best Rap Album, along with Best Rap Song for his song *Jesus Walks*.

24.    Following his initial success, Ye continued to create massively popular albums.  His follow-up albums included *Late Registration*, *Graduation*, *808s & Heartbreak*, and *My Beautiful Dark Twisted Fantasy*, each of which was certified triple, quadruple, or quintuple platinum.

25.    To date, Ye has released 11 full-length studio albums, and has sold more than 21 million albums, making him one of the best-selling artists of all-time.  Ye has been ranked by Billboard magazine as one of the top 10 music producers of the decade and was ranked third in BET's "Top Ten Rappers of the 21st Century" list.  In 2015, Ye was awarded MTV's "Michael Jackson Vanguard Award."  These are just a few of the industry awards and accolades Ye has earned.

---

[3]    https://www.nytimes.com/2004/02/09/arts/critic-s-choice-new-cd-s-no-reading-and-writing-but-rapping-instead.html

**B.    Ye Forms His Eponymous Yeezy Brand, Which Becomes a Pop-Culture Juggernaut**

26.    In November 2007, Ye's mother passed away from complications resulting from surgery.  The loss deeply affected Ye and precipitated a shift in his musical style.  Once again, creativity grew from tragedy.  Ye began focusing on shoe design, which had long been a passion.  He debuted the first Yeezy sneaker (the Nike Air Yeezy prototype) at the 2008 Grammy Awards, in a heartfelt performance that was Ye's first major public appearance since his mother's passing.  At the time, Ye was Nike's first non-athlete collaborator.

27.    Yeezy sneakers instantly became a "sneakerhead" fan-favorite with large-scale audience appeal.  Both the Nike Air Yeezy 1 and Nike Air Yeezy 2 sold out immediately, with demand so extreme that prices on resale sites approached more than 15 times the retail price.

28.    In 2013, seeking a still greater creative outlet, Ye began a highly publicized collaboration with adidas to further promote the Yeezy line of footwear, apparel, and accessories.  That collaboration was initially made pursuant to a November 6, 2013 letter agreement, which provided that █████████████████ ████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████ ████████████████████████████████████████████████████ ███████████    █████████████████████████████████████ ██████████████

29.    Because of Ye's fame and prior development of the Yeezy brand, Yeezy's collaboration with adidas was immediately successful.  In 2015, Ye released the adidas Yeezy Boost 350 at New York Fashion Week at a fashion show with attendees

including Beyonce, Jay-Z, Rihanna, and Alexander Wang.  The shoe, shown below, instantly sold out, even with its premium $200 price:



30.    That "absolute-game changer" of a shoe[4] was a bombshell success.  With a woven, neutral palette covered with jagged, black markings, along with a white-and-red tab at the heel, the Yeezy Boost 350 stood out with its striking mix of futuristic, organic, and minimalist elements on the athletic platform of a sneaker.

31.    Notably, the Yeezy Boost 350, unlike most other adidas-made shoes, lacked the adidas "three stripe" marking.  In other words, the shoe was all Yeezy.  In comparison to the commercially popular sneakers of the time, which featured large logos, the Yeezy Boost 350 was marked with a small—but significant—embossed "YZY" trademark on a black label on a lower portion of the shoe.

32.    The response to the shoe was immediate.  *Vogue* deemed the shoe as the season's "most coveted sneaker"[5] with the hashtag "#worldsmosttalkedaboutsneaker," and offered styling advice for those "Fashion Girl[s]" lucky enough to have obtained them.[6]

33.    Similarly, *GQ* noted that "America has gone mad for Yeezy Boost 350 sneakers," noting: "We want them, you want them, even our dads want them."[7]  In an accompanying feature called "A Yeezy Boost 350 Lookbook, Starring Everyone Famous," *GQ* featured just a few of the celebrities spotted wearing the shoes, including

---

[4]   https://www.goat.com/editorial/yeezy-sneakers-history
[5]   https://www.vogue.com/article/kanye-west-kim-kardashian-adidas-yeezy-boost-350
[6]   https://www.vogue.com/article/how-to-wear-adidas-yeezy-boost-350
[7]   https://www.gq.com/gallery/yeezy-boost-350-photos-celebrity-style

Kylie Jenner, Joe Jonas, The Weeknd, Justin Bieber, Diddy, Pharrell, Jonah Hill, Travis Scott, and Lewis Hamilton, as shown below:





34.    With a series of successful subsequent launches, Yeezy grew into a global fashion brand that was both beloved by diehard sneaker fans and appreciated by a general audience.  Popular shoe sites noted that Yeezy's designs had become "cult favorites, as [Ye] continues to push the borders of sneaker design,"[8] and that Yeezy had "set new standards for progressive sneaker designs," with its influence "felt across the style spectrum, from streetwear to luxury."[9]

35.    Ye grew the Yeezy Brand in ways that only he could.  After presenting fashion shows at the world's top fashion weeks, including New York Fashion Week and Paris Fashion Week, Yeezy began presenting its annual fashion show at untraditional venues, including Madison Square Garden, as well as virtually and in unofficial fashion-week shows.

---

[8]  https://www.flightclub.com/adidas/adidas-yeezy
[9]  https://www.goat.com/collections/yeezy

10

36.     Key to Yeezy's success was its seamless integration into Ye's persona as a musical artist, celebrity, and tastemaker.  In 2016, Yeezy's fashion show at Madison Square Garden also debuted Ye's new album, *The Life of Pablo*, as the soundtrack for the show.  The album debuted at number one on the *Billboard* charts; the fashion show was modelled by supermodels such as Naomi Campbell and attended by approximately 18,000 live fans.

37.     Over the years, each subsequent fashion show gained fervent attention from both the fashion world and general public, with *Vogue* noting that Season 6, launched in 2018, "[b]r[oke] the Internet," and that the "sheer reach and like count of #yeezyseason6 testifies to West's skill at wrangling that other commodity: our collective attention."[10]

38.     Based on Ye's creativity, diligent work, and high-profile public image, the Yeezy fashion brand (hereafter, the "Yeezy Brand"), which offers footwear, apparel, and bags for all genders, has become one of the most successful and influential global fashion brands.  And because of Ye's close and personal connection with the development of the Yeezy Brand, his fame, and Yeezy's use of his pseudonym as its moniker, Ye's persona has become synonymous with the brand he created.

39.     The Yeezy Brand is regularly the subject of widespread media attention and has been featured in prominent magazines and newspapers, including *The New York Times*, *Vogue*, and *GQ*.  Celebrities are regularly photographed wearing Yeezy clothing and footwear and using Yeezy products, which enhances the brand's popularity and appeal to the general public.  Celebrities that have been photographed by the press wearing and using Yeezy products include Justin Bieber, Ariana Grande, Jay Z, Calvin Harris, Pharrell Williams, Snoop Dogg, Nick Jonas, Joe Jonas, Gigi

---

[10]     https://www.vogue.com/article/yeezy-season-6-kanye-west-instagram-takeover-kim-kardashian-west-clones-lookbook

Hawkes Decl. Ex. 1
Page 11 of 42

Hadid, Bella Hadid, Hailey Baldwin, Karlie Kloss, Jada Pinkett Smith, Kylie Jenner, and Kendall Jenner—among many others.

### C. Yeezy's Protection Of The "YZY Trademarks"

40.    Mindful of the need to protect the Yeezy Brand as its fame and value increased, and wary of the rise of knockoff products that could devalue the tremendous goodwill Ye has engendered in his brand, Yeezy has registered the appropriate trademarks that are associated with the brand.  These trademarks include trademarks for YEEZY, YZY, KANYE, and KANYE WEST (collectively, the "YZY Trademarks"), and include, without limitation:

| Serial Number | Word Mark |
|---|---|
| 86029764 | YEEZY |
| 86029757 | YEEZY |
| 86029703 | YEEZY |
| 86029678 | YEEZY |
| 86029738 | YEEZY |
| 86052241 | KANYE |
| 86052267 | KANYE |
| 86052253 | KANYE |
| 86052219 | KANYE |
| 88944061 | YEEZY |
| 86981009 | YEEZY |
| 87237690 | YZY |
| 88944061 | YEEZY |
| 97214810 | YEEZY |
| 97481606 | YEEZY SUPPLY |
| 97481621 | YEEZY SUPPLY |

| 90634219 | YZY |
|----------|-----|
| 90634214 | YZY |
| 90634206 | YZY |
| 87178485 | KANYE WEST |
| 78499390 | KANYE WEST |
| 78499409 | KANYE WEST |
| 78499402 | KANYE WEST |

41.    Ye and Yeezy have used and continue to use the YZY Trademarks in the promotion of the Yeezy Brand, including in Ye's collaboration with adidas and in many other ways, including through high-profile fashion shows.  In recognition of the exclusive nature of the Yeezy Brand, Ye has granted very few licenses for the YZY Trademarks or his likeness more generally—not only to protect Ye's unique creative spark, but also to maintain the feverish demand for Ye's limited-run products.

## D.    The 2017 Agreement ███████████████████████████

42.    Given the runaway success of the 2013 collaboration between Ye and adidas, along with the remarkable worldwide growth of the Yeezy Brand, in 2016, Yeezy and adidas began negotiating a new agreement that would allow their collaboration to continue into the future.

43.    In May 2016, Yeezy and adidas entered into a new Licensing and Endorsement Agreement that would take effect on January 1, 2017 (the "2017 Agreement").  ████████████████████████████████ ████████████████████████████████████████████████ Both Yeezy and adidas are parties to the 2017 Agreement, with Yeezy recognized as "Lender" (as Ye's loan-out corporation) and Ye as "Artist."  (*Id.* at ¶ 1.)

13

44.     The fundamental purpose of the 2017 Agreement, as evidenced by the nature of the relationship between Ye and adidas and the plain language of the agreement, was to ███████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████

45.     Specifically, pursuant to the 2017 Agreement, ████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████

46.     ███████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

█████████████████████████████████

47.     ███████████████████████████████████████████████████

██████████████████████████

      ████████████████████████████████████████████████████

      ████████████████████████████████████████████████████

      ███ ██ ████ ████ ███████ ██ █████ ████ █████

      ████████████████████████████████████████████████████

      ████████████████████████████████████████████████████

_____

[11] ████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████

14



48.

49.

50.

51.

15

52. ███████████████████████████████████████

███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
████████████

53. ███████████████████████████████████████

███████████████████████   █████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
██████

54. ███████████████████████████████████████

███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████

55. ███████████████████████████████████████

███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
██████████████████████████

16

56.   ████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████

**E.    Pursuant To The 2017 Agreement, Yeezy Continues To Produce High-Profile, Sold-Out Shoes**

57.    In the years immediately following the parties' entry into the 2017 Agreement, Yeezy's designs, and the ████████████████ based on them, continued to push the boundaries of sneaker design with widespread success.  One such shoe was the Yeezy Boost 500, launched in 2018.

58.    That shoe, with its bulbous, rock-like design elements on neutral colored base, featured Yeezy's distinctive combination of aggressively organic and futuristic look and feel.



59.    In 2019, Yeezy launched the Yeezy Slide, shown below:

17



60.     With a monotone, natural color, and alien-like futuristic design that covered the entirety of the shoe, the Slide was made entirely of EVA ("ethylene-vinyl acetate," or "poly") foam with a textured sole.  As with other Yeezy models, the Yeezy Slide immediately sold out in all three of its colors.

61.     Yeezy continued to innovate, expanding the public consciousness of what footwear could look like.  In 2020, Yeezy launched the Yeezy Foam Runner—another one-of-its-kind, breakthrough design:



62.     Sculpted from a single piece of eco-friendly EVA foam and partially of algae, the Foam Runner drew on historical references to create a fully futuristic look. Indeed, the "Ararat" installment of the Foam Runner drew on the Armenian roots of Ye's then-wife, combined with a nod toward Noah's Ark.  With its skeletal, organic structure and mono-color, natural palette, the shoe was not so much a foot covering as a truly first-of-its kind work of design.

63.     Yeezy's distinctive styling was widely recognized, as industry commentators noted the Foam Runner's "stark exercise in minimalist design" and

18

"simple yet distinctive" designs.[12]   Others echoed that Yeezys, generally, were "conspicuously minimalistic" with "primitive aesthetics," noting that "the sheer focus on simplicity is what sets them apart," and that "[c]ombining imaginative composition with schematic simplicity seems to be the main idea."[13]   It is no overstatement to say that Yeezy has changed the world of footwear unlike any brand in recent memory.

**F.**   ████████████████████████████████████████████████

64.    As the *Washington Post* put it recently, Yeezy has become adidas's "cash cow," and Ye is adidas's "most high-profile partner."[14]   Indeed, under Ye's artistic direction, Yeezy sales have grown each year, with a substantial portion of adidas's entire online sales attributable to Yeezy.

65.    The Yeezy shoes generate massive revenues for adidas; ███████████████ ████████████████████████████████████████████████████████ ██████████████████████   ████████████████████████████ ███████████

66.    And yet those staggering sales were not enough for adidas.   ██████████ ████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████ ███████████████████████████

67.    ████████████████████████████████████████████████████ ████████████████████████████████████████████████████████

---

[12]   https://www.sneakerfreaker.com/features/material-matters/material-matters-a-brief-technological-history-of-yeezy-shoes

[13]   https://www.afterglowatx.com/blog/2020/11/1/the-style-of-sound-the-paradox-of-kanye-west-otherwise-known-as-yeezy

[14]   https://www.washingtonpost.com/business/the-kanye-gap-breakup-will-be-tough-on-adidas/2022/09/23/a8cf8d78-3b11-11ed-b8af-0a04e5dc3db6_story.html

68. ███████████████████████████████████████

69. ███████████████████████████████████████

70. ███████████████████████████████████████

20

71. ███████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
███████████ ██████

72. ███████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
██████ ████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
█████████████████████████████████ ███████████████
█████████████████

73. ███████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████

---

[15] ████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
███████████████████

████████ █ ████ ██ █ ████ ████ ████ █████ █
████████

74.   ██████████████████  ██████████████

██████████████████████████████████████

██████████████████████████████████████

████████

75.   ██████████████████████  ██████████████

██████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

████████████████████

**G.**   ████████████████████████████████████
████████████████

76.   Sure enough, ████████████████████████
████████████████████████████████, adidas used the
Designs to create generic adidas products (the "████████████"), ████████
████████████████

77.   The ████████████ included the same neutral palettes, minimalistic
design, and futuristic organic look and feel as Yeezy's most famous shoes.  And
notably, the ████████████ either did not include or deemphasized adidas's
famous three-stripe trademarks, which helped ensure, as was adidas's intent, that
consumers would associate these products with Ye and the Yeezy Brand, just as they
had come to do with genuine Yeezy-branded products that adidas produced.

78.   In or around 2020-2021, adidas launched the following ███████ ███████, each of which directly drew on the Yeezy Brand's design, composition, and goodwill, as shown below:



| ███████████ | ███████████ |
|---|---|
| Yeezy 700 V3 "Alvah" | adidas Ozelia |
| Yeezy Boost 700 V2 | adidas Ozweego |
| Yeezy Boost 350 V2 | adidas X Pharrell Williams Humanrace Sichona |

23



| | |
|---|---|
| Yeezy Boost 350 | adidas Ozweego Celox |

79.     Most recently, in June and July 2022, adidas launched the Adilette 22 Slide to coopt the goodwill associated with the immensely popular and iconic Yeezy Slides.  Like the genuine Yeezy Slides, the Adilette 22 was formed from a single flexible material and made available in the earth-tone palette associated with genuine Yeezys:



| | |
|---|---|
| Yeezy Slide | Adilette 22 slide |

80.     █████████████████████████████████████

███████████████████████████████████████████

████████████████████████   ████████████████████

███████████████████████████████████████████

████████████████████████████

        a.     "You're probably wondering if Ozelia Shoes are Yeezy."[16]

---

[16]   https://onestoptown.com/shoes/are-ozelia-shoes-yeezy/

24

Hawkes Decl. Ex. 1
Page 24 of 42

b.   Blog post, discussing "all the best Yeezy dupes that you can cop from adidas right now at a fraction of the price."[17]

c.   "According to reviewers, the shoe resembles the lineup of Yeezys."[18]

d.   "Today [I'll] show you guys the Adidas Ozelia's, I reckon a nice Yeezy alternative if you don't have the $$$ to get Yeezys at resale or struggle to get them at retail like me."[19]

81.   On information and belief, adidas has generated hundreds of millions of dollars in revenues from its sales ████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

██████████████████████████████

82.   It now is clear that unless adidas ████████████████████████ ████████████████, it will not cease in its efforts to trade on the goodwill of even the most popular and iconic of Yeezy's designs.  Specifically, in June 2022, adidas began promoting a soon-to-be-launched model, called the adiFOM Q, which is a clear copycat design of Yeezy's iconic Foam Runner, from the structure and foam composition, to the color palette and distinctive holes:

---

[17]   https://thesolesupplier.co.uk/news/9-of-the-best-yeezy-dupes-at-adidas/

[18]   https://themenshoes.com/adidas-ozweego-review-pros-and-cons/#:~:text=Adidas%20Ozweego%20resembles%20Yeezys%20but%20is%20cheaper%20than,comfortable%20and%20brings%20back%20memories%20from%20the%20past

[19]   https://www.youtube.com/watch?v=d9944tH_KAQ

Hawkes Decl. Ex. 1
Page 25 of 42



83.    Not surprisingly given their striking and unusual similarities, consumers and sneaker commentators immediately noticed adidas's copying, as shown by just the small subset of examples below:

- "[T]his model looks awfully a lot like the Yeezy Foam Runner…"

- "[] ye wasn't laying [sic].  They really do copy his designs."

- "Has anyone ever been so massively underpaid as @kanyewest was by @adidas – their entire company is still doing Yeezy knockoffs"

- "[B]esides them looking like foam runners, what's with the laces on a clog??"

- "[Y]ou can't say they're no[t] blatantly ripping off a Yeezy with a straight face after this[]"

(Ex. 5.)

84.    Recognizing its copying and the public backlash it was beginning to face, adidas disingenuously tried to cite a prior shoe as inspiration for the adiFOM Q—which bears far less resemblance to its new shoe than the Foam Runner, as shown below:[20]

---

[20]   https://twitter.com/adidasoriginals/status/1541813804077666304?lang=en

Hawkes Decl. Ex. 1
Page 26 of 42



85.     Commentators such as Sneakerfreakermag and others were not fooled, however, noting that: "adidas might claim the upcoming adiFOM Q takes inspiration from the adidas Quake, but we suspect Kanye West may think otherwise…"  Similarly, Reddit users have noted that: "Kanye gonna be big mad at Adidas now…[.]"[21]

86.     For many reasons, confusion between the ▆▆▆▆▆▆▆▆▆ and the Yeezy Brand has a detrimental, albeit false and unjustified, impact on the perceived quality and value of the Yeezy Brand.

87.     For example, as consumers have widely recognized, the ▆▆▆▆▆▆ ▆▆▆▆ are of lower quality than genuine Yeezy brand shoes.  And while Yeezy's Foam Runners, for example, are made with innovative and eco-friendly materials that incorporate algae harvesting technology, the ▆▆▆▆▆▆▆▆▆ are constructed with commonly used and generic materials.

88.     adidas also offers the ▆▆▆▆▆▆▆▆▆ at a lower price-point than genuine Yeezy shoes, which serves to devalue genuine Yeezy-branded products.  For example, the adidas tennis shoes, Ozelia and Ozweego (shown above), are priced at

---

[21]   https://www.reddit.com/r/Sneakers/comments/vmugur/kanye_gonna_be_big_mad_at_adidas_now/

$100 and $110, respectively, whereas the corresponding Yeezy models sell above $200-$300 (and more on re-sale sites), and are almost consistently sold out.  To be sure, Yeezy's desirability is boosted by its exclusivity.  With the flood of cheaper ███████████ products, that rareness—and associated fan fervor—has been significantly harmed.

89.    Even though the ███████████ are far inferior to genuine Yeezys, adidas markets and sells its ███████████ through the same channels of trade and at the same locations as Yeezy products—including on the same Internet sites[22] and in the same brick-and-mortar retail stores.  adidas also has promoted the ███████ ███████ on Twitter,[23] just as it has promoted Yeezys.[24]  This substantial overlap in the marketing, promotion, and sale of Yeezy products and adidas's ███████████ serves only to encourage consumers to make a false association between them.

90.    ████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████
███████████████████████████████████

**H.**    ███████████████████████████████████████

91.    ███████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████

---

[22] *E.g.*, https://www.adidas.com/us/men-ozweego; https://www.adidas.com/us/yeezy

[23]                                                                 *E.g.*, https://twitter.com/adidasoriginals/status/1541813804077666304?s=21&t=3YAWU0hxcuy0wH_sUiCPnA

[24]  *E.g.*, https://twitter.com/adidasoriginals/status/1500818558594564104?lang=en

Hawkes Decl. Ex. 1
Page 28 of 42

92. ███████████████████████████████████████████

93. ███████████████████████████████████████████

94. ███████████████████████████████████████████

95. ███████████████████████████████████████████

96. ███████████████████████████████████████████

29

**I.** ███████████████████████████

97.     The dispute-resolution provision of the 2017 Agreement provides that "any dispute arising out of or relating to this Agreement or the breach, termination, enforcement, interpretation or validity thereof, shall be submitted to a mutually agreed upon JAMS mediator for non-binding confidential mediation in Portland, Oregon." (2017 Agreement at ¶ 46(B).)  If any dispute cannot be so resolved, the parties are to proceed to arbitration in Portland, Oregon.  *Id.*

98.     As further explained in Section 3(j) of the August 2020 Payment Confirmation:  "Mediation and arbitration described in [] Section 46(B) [of the 2017 Agreement] shall be the exclusive dispute resolution process.  Arbitration shall be administered by JAMS pursuant to its Comprehensive Arbitration Rules and Procedures and in accordance with the Expedited Procedures in those Rules."

99.     ████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
█████████████████████████████  ██████
████████████████████████

100.     ████████████████████████
████████████████████████████████
████████████████████████

101.     ████████████████████████
████████████████████████████████
██

102.     ████████████████████████
████████████████████████████████
████████████████████████████████

30

█████████████████████████████████████████████████████

█████████████████████████████████████████████████████

███████████████████████████████████████████████

## CAUSES OF ACTION

## FIRST CAUSE OF ACTION

███████████████████

███   ████████████████████████████████████████

███   ████████████████████████████████████████████

█████████████████████████████████████████████████████

█████████████████████████████████

███   ████████████████████████████████████████████

█████████████████████████████████████████████████████

█████████████████████████████████████████████████████

█████████████████████████████████████████████████████

███   ████████████████████████████████████████████

█████████████████████████████████████████████████████

█████████████████████████████████████████████████████

█████████████████████████████████████████████████████

███████████████████

███   ████████████████████████████████████████████

█████████████████████████████████████████████████████

█████████████████████████████████████████████████████

███████████████████████████████████████████

███   ████████████████████████████████████████████

██████████████████████████

31

## SECOND CAUSE OF ACTION





## <u>THIRD CAUSE OF ACTION</u>

33



**FOURTH CAUSE OF ACTION**

34



35

██████████████████████████████████████████████

████████████████████

███       ███████████████████████████████████████

██████████████████████████████████████████████

███████████████████████████████████████

**FIFTH CAUSE OF ACTION**

████████████████████████████████████████
████████████████████████████████

███       ████████████████████████████████████████

███       ████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

█████████████████████

███       ████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

████████████████████████████████████████████

███       ████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

███████████████████████████████████

███       ████████████████████████████████████████

██████████████████████████████████████████████

████████████████████████████████

36

**SIXTH CAUSE OF ACTION**

37



38

███████████████████████████████████████████

████████

### **SEVENTH CAUSE OF ACTION**

███████████████████████████████████████

███   ███████████████████████████████████

███   ███████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████

███   ███████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

██████████████████████████████████████████

███   ███████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

██████████████████████████████   ██████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████

███   ███████████████████████████████████

███████████████████████████████████████

39

40

**PRAYER FOR RELIEF**

WHEREFORE, Yeezy prays for judgment and relief against adidas as follows:



9.     Any other relief the Arbitrator deems appropriate.

Dated:   January 24, 2023

Respectfully submitted,

*Gregory K. Nelson*
Gregory K. Nelson
California State Bar No. 203029
Email: nelson@weeksnelson.com
Copy: office@weeksnelson.com
**WEEKS NELSON**
PO Box 675963
16236 San Dieguito Rd., Suite 5-20
Rancho Santa Fe, CA 92067
Telephone: (858) 794-2143
Facsimile: (858) 794-2141

*Attorney for Respondents and Counter
Claimants*

41

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on January 24, 2023, the Case Manager and all parties of record are

being served via email at: alieu@jamsadr.com, MattLevin@MarkowitzHerbold.com,

michellerobles@markowitzherbold.com, mgoodman@debevoise.com, wtaft@debevoise.com,

with a copy of this document, per JAMS Rule 12(a).

/s/ Gregory K. Nelson

Gregory K. Nelson