# EXHIBIT 11

JUDICIAL ARBITRATION AND MEDIATION SERVICES

| adidas AG, | JAMS Reference No. 5160000300 |
|---|---|
| Claimant, | **PROOF OF SERVICE** |
| vs. | |
| Yeezy, LLC, Yeezy Footwear LLC, Yeezy Marketing LLC, and Ye fka Kanye West, | |
| Respondents. | |

I hereby certify that on December 2, 2022, service was made of the Arbitration Demand on the parties listed below via FedEx Overnight Delivery:

| **YEEZY LLC** | |
|---|---|
| 6 Centerpointe Dr., Suite 620<br>La Palma, CA 90623 | c/o Registered Agent<br>Paracorp Incorporated<br>1912 Capitol Ave., Suite 500<br>Cheyenne, WY 82001 USA |
| **YEEZY FOOTWEAR LLC** | |
| 63 Nielson Road<br>Cody, Wyoming 82414 | c/o Registered Agent<br>Paracorp Incorporated<br>1912 Capitol Ave., Suite 500<br>Cheyenne, WY 82001 USA |
| **YEEZY MARKETING LLC** | |
| 63 Nielson Road<br>Cody, Wyoming 82414 | c/o Registered Agent<br>Paracorp Incorporated<br>1912 Capitol Ave., Suite 500<br>Cheyenne, WY 82001 USA |
| **YE fka KANYE WEST** | |
| ███████ | ███████ |

**PROOF OF SERVICE**

1     I further certify that on December 6, 2022, service was made of the Arbitration
2   Demand on all Respondents via email at ████████████████████

3   To our knowledge, Respondents are not represented by counsel in this matter.

4

    DATED:  December 9, 2022.

5

                              MARKOWITZ HERBOLD PC

6

7

8                        By: _____

9                           Matthew A. Levin
                            Lauren F. Blaesing

10                          MattLevin@MarkowitzHerbold.com
                         LaurenBlaesing@MarkowitzHerbold.com

11

12                          DEBEVOISE & PLIMPTON LLP

13                          Mark P. Goodman
                         William H. Taft V

14                          mpgoodman@debevoise.com
                         whtaft@debevoise.com

15                          *Attorneys for adidas AG*

16

17

18

19

20

21

22

23

24

25

26

                **PROOF OF SERVICE**

## ATTORNEY CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2022, I have made service of the foregoing **PROOF OF SERVICE** on the parties listed below in the manner indicated:

| | |
|---|---|
| Yeezy, LLC<br>6 Centerpointe Dr., Suite 620<br>La Palma, CA 90623<br><br>Yeezy, LLC c/o Registered Agent<br>Paracorp Incorporated<br>1912 Capitol Ave., Suite 500<br>Cheyenne, WY 82001 USA | Per JAMS Rule 8:<br>☒ U.S. Mail<br>☐ Hand Delivery<br>☐ Overnight Courier<br>☒ E-mail: ▮▮▮▮▮▮<br>☐ JAMS Electronic Filing System |
| Yeezy Footwear LLC<br>63 Nielson Road<br>Cody, Wyoming 82414<br><br>Yeezy Footwear LLC c/o Registered Agent<br>Paracorp Incorporated<br>1912 Capitol Ave., Suite 500<br>Cheyenne, WY 82001 USA | Per JAMS Rule 8:<br>☒ U.S. Mail<br>☐ Hand Delivery<br>☐ Overnight Courier<br>☒ E-mail: ▮▮▮▮▮▮<br>☐ JAMS Electronic Filing System |
| Yeezy Marketing LLC<br>63 Nielson Road<br>Cody, Wyoming 82414<br><br>Yeezy Marketing LLC c/o Registered Agent<br>Paracorp Incorporated<br>1912 Capitol Ave., Suite 500<br>Cheyenne, WY 82001 USA | Per JAMS Rule 8:<br>☒ U.S. Mail<br>☐ Hand Delivery<br>☐ Overnight Courier<br>☒ E-mail: ▮▮▮▮▮▮<br>☐ JAMS Electronic Filing System |
| Ye fka Kanye West<br>▮▮▮▮▮▮<br>▮▮▮▮▮▮ | Per JAMS Rule 8:<br>☒ U.S. Mail<br>☐ Hand Delivery<br>☐ Overnight Courier<br>☒ E-mail: ▮▮▮▮▮▮<br>☐ JAMS Electronic Filing System |

DATED: December 9, 2022.

_____
Matthew A. Levin
*Attorney for adidas AG*

**CERTIFICATE OF SERVICE**