# EXHIBIT 12

JUDICIAL ARBITRATION AND MEDIATION SERVICES

| | |
|---|---|
| adidas AG,<br><br>　　　　　　　　Claimant/<br>Counterclaim Respondent,<br><br>　　　　vs.<br><br>Yeezy, LLC, Yeezy Footwear LLC, Yeezy Marketing LLC, and Ye fka Kanye West,<br><br>　　　　　　　　Respondents/<br>　　　　　　　　Counterclaimants. | JAMS Reference No. 5160000300<br><br>**STIPULATION TO STRIKE CERTAIN DEADLINES** |

　　　　adidas AG (Claimant) and Yeezy, LLC, Yeezy Footwear LLC, Yeezy Marketing LLC, and Ye fka Kanye West (Respondents) jointly submit this stipulation to strike the deadlines to respond to the Demand for Arbitration and to the Counterclaims, until deadlines are agreed to by the parties or otherwise ordered by the arbitrator, pursuant JAMS Comprehensive Rule 9(c) and (d).

**STIPULATION**

　　　　WHEREAS, Claimant filed its Demand for Arbitration on or about December 2, 2022;

　　　　WHEREAS, Respondents filed Counterclaims on or about January 24, 2022;

　　　　WHEREAS, Respondents have not otherwise responded to the Demand for Arbitration; and Claimants have not responded to the Counterclaims;

　　　　WHEREAS, the 14-day response limits set forth in JAMS Rules 9(c) and 9(d) have expired;

Page　　1 -　　STIPULATION TO STRIKE CERTAIN DEADLINES

WHEREAS, Claimant and Respondents are agreeable to striking the deadlines to file a response, should they choose to do so, to the Demand for Arbitration and to the Counterclaims, until deadlines are agreed to by the parties or otherwise ordered by the arbitrator, pursuant JAMS Comprehensive Rule 9(c) and (d); and

WHEREAS, the parties believe it would be an efficient use of resource and not prejudicial to strike these deadlines.

**THE PARTIES THEREFORE STIPULATE,** subject to approval by the arbitrator, to strike the deadlines to respond to the Demand for Arbitration and to the Counterclaims, until deadlines are agreed to by the parties or otherwise ordered by the arbitrator, pursuant JAMS Comprehensive Rule 9(c) and (d).

**IT IS SO STIPULATED.**

Respectfully submitted,

| | |
|---|---|
| Dated:  February 13, 2023 | Dated:  February 13, 2023 |
| MARKOWITZ HERBOLD PC | WEEKS NELSON |
| *s/ Matthew A. Levin* | *s/ Gregory Nelson* |
| Matthew A. Levin<br>*Attorneys for adidas AG* | Gregory Nelson<br>*Attorneys for Yeezy, LLC, Yeezy Footwear LLC, Yeezy Marketing LLC, and Ye fka Kanye West* |

Page    2 -    STIPULATION TO STRIKE CERTAIN DEADLINES

## ATTORNEY CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2023, I have made service of the foregoing **STIPULATION TO STRIKE CERTAIN DEADLINES** on the parties listed below in the manner indicated:

| | |
|---|---|
| Gregory K. Nelson<br>WEEKS NELSON<br>PO Box 675963<br>16236 San Dieguito Rd., Suite 5-20<br>Rancho Santa Fe, CA 92067<br>*Attorneys for Respondents/Counterclaimants* | Per JAMS Rule 8:<br>☐ U.S. Mail<br>☐ Hand Delivery<br>☐ Overnight Courier<br>☒ E-mail:  nelson@weeksnelson.com<br>           office@weeksnelson.com<br>☐ JAMS Electronic Filing System |

DATED this 13th day of February, 2023.

*s/ Matthew A. Levin*

Matthew A. Levin
Attorney for adidas AG