UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF ADIDAS AG FOR AN ORDER OF ATTACHMENT IN AID OF ARBITRATION | No. 22-mc-320 (VEC) |

DECLARATION OF SERENA MORONES
IN SUPPORT OF RENEWED PETITION FOR ORDER OF ATTACHMENT

I, Serena Morones, pursuant to 28 U.S.C. § 1746 and under penalty of perjury, declare as follows:

1.  I am the owner of Morones Analytics, a forensic accounting and business valuation firm. I hold several professional credentials in the field of accounting, including the following: Certified Public Accountant (by the State of Oregon), Accredited Senior Appraiser in Business Valuation (by the American Society of Appraisers), Accredited in Business Valuation (by the American Institute of Certified Public Accountants), and Certified Fraud Examiner (by the American Association of Certified Fraud Examiners).

2.  I submit this declaration on personal knowledge, upon review of certain books and records produced by Yeezy Marketing LLC ("**Yeezy Marketing**"), and in support of the renewed motion for an order of attachment filed by adidas AG ("**adidas**"). I am over the age of 18 and competent to testify.

3.  I was engaged by adidas to review documents produced by Yeezy Marketing as part of adidas's audit of Yeezy Marketing's books and records.

4. Yeezy Marketing made an initial production of books and records on May 17, 2023.







4



12.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Portland, Oregon, on this 29th day of May, 2023.

*Serena Morones*

Serena Morones