

66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

May 30, 2023

<u>BY ECF</u>

The Honorable Valerie E. Caproni
United States District Court for the Southern District of New York
40 Foley Square
New York, NY 10007

***In the Matter of the Application of adidas AG for an Order of Attachment in Aid of Arbitration* - Case No. 22-mc-320 (VEC)**

Dear Judge Caproni:

By joint stipulation, Petitioner adidas AG ("adidas") voluntarily withdraws its Renewed Petition for an Order of Attachment and all supporting documentation currently before the Court, ECF Nos. 59-70.  adidas voluntarily dismisses the above-referenced action with prejudice, except insofar as the Parties may seek relief through the pending JAMS arbitration process.

Pursuant to Rule 2(D) of Your Honor's Individual Practices in Civil Cases, adidas attaches the Parties' Stipulation and Proposed Order as Exhibit 1 to this letter.

Respectfully submitted,

*/s/ William H. Taft V*

William H. Taft V
*Counsel for adidas AG*


cc:	All counsel of record