USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/30/2023

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF ADIDAS AG FOR AN ORDER OF ATTACHMENT IN AID OF ARBITRATION | No. 22-mc-320 (VEC)<br><br>**STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL** |

Petitioner adidas AG ("**Petitioner**") and Respondents Yeezy LLC, Ye, Yeezy Marketing LLC, and Yeezy Footwear LLC (collectively, "**Respondents**") jointly stipulate and propose [and the Court adopts] the following:

WHEREAS, Petitioner filed a Petition for an *Ex Parte* Order of Attachment in Aid of Arbitration (the "**Petition**") against Respondents to attach all monies, accounts, property and/or interest in property of Yeezy, up to the amount of $75,000,000, as are on deposit with or held by JPMorgan Chase Bank N.A;

WHEREAS, the Court granted the Petition and issued an Order Granting *Ex Parte* Attachment (the "**Attachment Order**");

WHEREAS, on Respondents' motion, the Court vacated the Attachment Order on May 26, 2023 without prejudice to renew;

WHEREAS, on May 29, 2023, Petitioner filed a Renewed Petition for an Order of Attachment in Aid of Arbitration (the "**Renewed Petition**") against Respondents seeking the same relief it did in the Petition, ECF Nos. 59-70; and

WHEREAS, Petitioner has agreed to voluntarily dismiss the Renewed Petition, and Respondents have agreed to waive any and all claims against Petitioner for attorney's fees relating to the Attachment Order; and

WHEREAS, the parties have agreed that any claims between Petitioner and Respondents other than for attorney's fees relating to the Attachment Order shall be resolved through the pending JAMS arbitration;

IT IS HEREBY ORDERED that the above-captioned action is voluntarily dismissed with prejudice, except insofar as the Parties may seek relief through the pending JAMS arbitration process; and

IT IS FURTHER ORDERED that Respondents waive any and all claims against Petitioner for attorney's fees relating to the Attachment Order; and

IT IS FURTHER ORDERED that the parties shall submit joint proposed revisions to redacted documents previously filed under seal on or before June 2, 2023; and

IT IS FURTHER ORDERED that each party shall bear its own costs.

Dated: New York, New York
       May 30, 2023

| DEBEVOISE & PLIMPTON LLP | ANGELI LAW GROUP LLC |
|---|---|
| By: /s/ William H. Taft V<br>    William H. Taft V<br>    whtaft@debevoise.com | By: /s/ Peter D. Hawkes<br>    Peter D. Hawkes<br>    peter@angelilaw.com |
| 66 Hudson Boulevard<br>New York, New York  10001<br>(212) 909-6000 | 121 SW Morrison Street, Suite 400<br>Portland, OR  97204<br>(503) 954-2232 |
| *Attorneys for Petitioner adidas AG* | *Attorneys for Respondents Ye, Yeezy, LLC, Yeezy Marketing LLC, and Yeezy Footwear LLC* |

SO ORDERED.

Dated: 05/30/2023

_____
Honorable Valerie E. Caproni
United States District Judge