

66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/13/2023

June 13, 2023

BY ECF

The Honorable Valerie E. Caproni
United States District Court for the Southern District of New York
40 Foley Square
New York, NY 10007

*In the Matter of the Application of adidas AG for an Order of Attachment in Aid of Arbitration* - **Case No. 22-mc-320 (VEC)**

Dear Judge Caproni:

On May 30, 2023, by joint stipulation of the Parties, Petitioner adidas AG ("adidas") voluntarily dismissed the above-referenced action with prejudice, except insofar as the Parties may seek relief through the pending JAMS arbitration process. ECF No. 72. As such, adidas seeks discharge of the $75,000 bond posted by adidas on November 15, 2022 pursuant to the Court's Order Granting *Ex Parte* Attachment. ECF No. 32.

Pursuant to Rule 2(D) of Your Honor's Individual Practices in Civil Cases, adidas attaches as Exhibit 1 to this letter a Proposed Order directing discharge of the bond.

Respectfully submitted,

*/s/ William H. Taft V*

William H. Taft V
*Counsel for adidas AG*

cc: All counsel of record

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF ADIDAS AG FOR AN ORDER OF ATTACHMENT IN AID OF ARBITRATION | No. 22-mc-320 (VEC) <br><br> [PROPOSED] ORDER DISCHARGING BOND |

IT IS ORDERED that the security in the amount of $75,000 filed by Petitioner adidas AG with the Court on November 15, 2022, pursuant to the November 11, 2022 Order Granting *Ex Parte* Attachment in the above-referenced action, is discharged in its entirety and to be returned to a representative of Debevoise & Plimpton LLP on adidas AG's behalf. There will be no claims against the bond.

SO ORDERED.

Dated: New York, New York
       June 13, 2023

_____
Honorable Valerie E. Caproni
United States District Judge