**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN THE MATTER OF THE APPLICATION OF ADIDAS AG FOR AN ORDER OF ATTACHMENT IN AID OF ARBITRATION | No.: 22-mc-320 (VEC)<br><br>**FILED UNDER SEAL** |

**SECOND DECLARATION OF KEITH MCINTIRE**
**IN OPPOSITION OF RESPONDENTS' MOTION TO VACATE AN *EX PARTE***
**ORDER OF ATTACHMENT**

I, Keith McIntire, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am an attorney licensed to practice law in Oregon.  I hold the title of Associate General Counsel for adidas America, Inc., a subsidiary of adidas AG ("**adidas**").  I previously submitted a declaration in this matter, and submit this declaration on personal knowledge, upon review of certain of adidas's books and records, and in support of adidas's Opposition to Respondents' Motion to Vacate an *Ex Parte* Order of Attachment dated May 9, 2023 (the "**Opposition**").  I am over the age of 18 and competent to testify.

2.      To date, adidas has provided Ye (formerly known as Kanye Amare West) and his companies, Yeezy, LLC, Yeezy Marketing LLC, and their affiliates (together with Ye, collectively "**Yeezy**") with access to ▮▮▮▮▮▮ funds to be used for specific purposes pursuant to the 2017 Licensing and Endorsement Agreement, as amended (the "**Marketing Funds**").

3.      In light of public reports that JPMorgan Chase Bank N.A. (the "**Garnishee**") intended to close accounts associated with Ye and Yeezy, adidas took

steps to protect its ownership interest in the Marketing Funds in the possession of

Respondents and in which adidas retains ownership, by filing an *ex parte* petition in the

U.S. District Court for the Southern District of New York to attach up to $75 million of

funds in Respondents' accounts in aid of arbitration.

4.    adidas obtained an *ex parte* order of attachment on November 11, 2022

(the "**Order**") and, through counsel, served the Respondents on November 15, 2022.

5.    adidas has reason to believe that vacating the Order would render

ineffectual any award adidas may be entitled to and opposes the Respondents' motion to

vacate the Order.  The Order prevents the dissipation of Marketing Funds that adidas

knows to be held in accounts belonging to Yeezy and maintained by the Garnishee in

New York.  As described below, adidas has good cause to believe that those assets

continue to be at imminent risk of dissipation and that the Respondents have no grounds to

vacate the Order.

6.    adidas does not have access to the funds subject to the Order; rather, the

attachment merely freezes the relevant JP Morgan accounts, preventing anyone's use or

dissipation of the Marketing Funds, pending resolution of the dispute through arbitration.

7.    To further protect its interest in the Marketing Funds, by letter of

November 15, 2022, adidas exercised its right to examine Yeezy's books and records ███

███████████████████████████████████████████ to determine whether

Yeezy used Marketing Funds "in a way that is not in compliance" with the Agreement,

including the requirement against commingling, improper disbursement, or unauthorized

use.  A true and correct copy of the audit letter dated November 15, 2022 is attached as Exhibit A to this declaration.

8.      Respondents refused to comply with their contractual obligations to make Yeezy's books and records available, and adidas did not receive a response from Ye or Yeezy.  As such, adidas has been unable to conduct an accounting and determine the full extent to which Yeezy commingled, disbursed, and/or misused the Marketing Funds in breach of the Agreement.  Finally, on May 3, 2023, the Arbitrator ordered Yeezy to produce to adidas the books and records necessary to conduct the audit by May 17, 2023.

9.      adidas has a continuing need for the attachment in light of the continued risk of Ye's insolvency and risk of dissipation of the Marketing Funds.  Given the scope of the claims being arbitrated, and the destruction of a business line that generated billions of dollars in annual sales, adidas is monitoring Ye's financial situation and ability to pay an award.  To the best of my knowledge and belief, many of Ye's assets are illiquid and several of his assets are subject to liens.

10.     Since adidas obtained the Order, Ye has made multiple public comments demonstrating the significant risk that the Marketing Funds would likely be dispersed if he had access to them—including his claim that he owes the Internal Revenue Service $50 million in unpaid taxes, his execution of a divorce settlement agreement that reportedly requires him to pay $2.4 million in annual child-support payments, and his announcement of his now-abandoned 2024 presidential campaign.  Additionally, and as publicly reported by many news outlets, Ye faces severe financial stress and possible insolvency resulting from various impending lawsuits and termination of lucrative

business relationships (*e.g.*, termination of his partnership with GAP).  Moreover, shortly after the Order was entered, Ye further diminished the value of his endorsement and commercial opportunities by continuing to make racist and incendiary statements, ranging from stating his admiration of Hitler on an appearance on The Alex Jones Show, claiming that Rosa Parks was a "plant," suggesting that Jewish people "are used by the Chinese" to control Black people, and posting a swastika on Twitter.  Ye's comments on The Alex Jones Show may be viewed directly at:

https://www.banned.video/watch?id=63893df613d24b7697321bc0, last visited May 4, 2023.  True and correct copies of public reporting on Ye's risk of insolvency and racist statements are attached as Exhibit B to this declaration.

11.     Also shortly after the Order was entered, Ye made public statements that the attachment prevented him from making personal payments using Apple Pay, demonstrating Yeezy's unwillingness to abide the terms of the Agreement and plainly highlighting the risk of diminution of the assets subject to the Order.  Ye's comments may be viewed directly at: https://youtu.be/Vn0vshvON5U, last visited May 4, 2023.  Last month, several news outlets reported that Ye has left his $57 million Malibu mansion "to rot . . . given that no one is maintaining the structure," causing the walls to crumble.  True and correct copies of public reporting on these matters are attached as Exhibit C to this declaration.

12.     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Portland, Oregon, on this __5__ day of May 2023.

_____

Keith McIntire

# Exhibit A



November 15, 2022

**VIA OVERNIGHT COURIER AND EMAIL**



|  |  |
|---|---|
| | Latham & Watkins LLP |
| | Attn: Cary Hyden |
| | 650 Town Center Drive, 20th Floor |
| | Costa Mesa, CA 92626-1925 |
| Marisa Garcia, CPA | Michael Sarney |
| CohnReznick LLP | Myers Wolin, LLC |
| 1301 Avenue of the Americas | 100 S. Jefferson Rd., Suite 202 |
| New York, NY 10019 | Whippany, NJ 07981 |
| marisa.garcia@cohnreznick.com | michael.sarney@myerswolin.com |

**RE:     Exercise of Audit Rights**

Dear Yeezy, LLC, Marisa, and Michael,

I write to exercise adidas AG's ("adidas") right to conduct an audit of Yeezy, LLC's, Yeezy Marketing LLC's, and any affiliated individuals' or entities' (together, "Yeezy") use of all Marketing Fund payments made by adidas pursuant to the Licensing and Endorsement Agreement entered into by adidas and Yeezy (as amended, the "Agreement").

████████████████████████████████████████████
████ All such payments to ████████████████████████████
████████ were only permitted to be used for specified and limited purposes; and were expressly prohibited from being "commingled with funds of Lender, other Lender or Artist affiliates or Artist" or "disbursed to Artist, Lender or Artist affiliates of Lender."

As you are aware, pursuant to Paragraph 4 of the parties' August 15, 2020 Payment Confirmation, Yeezy (including its affiliates and Ye as guarantor) is required to immediately return to adidas an amount equal to the total amount of Marketing Fund payments made by adidas to Yeezy during the last 12 months, which is $75 million, minus any expenditures made by Yeezy during this time period that Yeezy is able to demonstrate were made in compliance with the Agreement. Among other relief, adidas demanded the immediate return of that sum on November 5, 2022.

Along with and in addition to the rights provided in Paragraph 4 of the August 15, 2020 Payment Confirmation, ███████████████████ grants adidas "the right . . . to examine ████████████████ books and records related to compliance with" the obligations and restrictions regarding all payments to ███████ adidas hereby exercises this audit right ███████████ ████████████████ Please immediately make available to adidas all relevant books and records relating to all payments ██████████████████ ████████████████████ Please also be aware that, ████████ ████████████████ Yeezy shall be required to return to adidas the entire amount of payments made to the Marketing Fund by adidas that Yeezy is unable to establish through this audit were used for the specified and limited purposes set forth in the Agreement.

████████████████████████
████████████████████████
███████████████

Sincerely,

Paul Ehrlich
General Counsel, Global Brands and Americas

# Exhibit B

# Kanye West Says Adidas Sued Him for $275 Million, Froze Bank Accounts

 **businessinsider.com**/kanye-west-adidas-sued-for-275-million-froze-bank-accounts-2022-11

Pete Syme



Adidas and Kanye West first announce their partnership in 2016.
Jonathan Leibson/Getty Images for ADIDAS

- Ye posted a series of videos to Twitter on Thanksgiving to promote his presidential run.
- In one clip, he claimed Adidas sued him for $275 million and froze all his bank accounts.
- Adidas declined to comment on the allegation Friday morning.

Top editors give you the stories you want — delivered right to your inbox each weekday.

By clicking 'Sign up', you agree to receive marketing emails from Insider as well as other partner offers and accept our Terms of Service and Privacy Policy.

Kanye West says that Adidas sued him for $275 million in advertising fees and that he had all his bank accounts frozen in a video promoting his 2024 campaign for president.

The rapper-turned-businessman shared the video on Twitter at 6:30 p.m. PST on Thanksgiving, captioned only with his campaign hashtag "YE24."

The video's introduction suggests that Adidas took action on November 16, one week after the company's third-quarter earnings call, in which it cut its 2022 profit forecast by half, citing the hit it was taking from cancelling its involvement with Ye.

When contacted by Insider about the claims made in Ye's video, Adidas declined to comment but pointed to its October 25 announcement ending their partnership, when the company added it would "stop all payments to Ye and his companies."

Banking giant JPMorgan Chase also ended its relationship with Ye on October 12. It gave him until November 21 to transfer over to another bank, before closing the Yeezy company's accounts.

In the Thanksgiving video, footage of commentators and newsreaders talking about Ye's antisemitic comments is intercut with shots of the rapper sitting pensively in an empty Yeezy office in Los Angeles.

It opens with the actress and television host, Vivica A. Fox, saying: "We have got to cancel him, and I know we do not try to be in cancel culture, but we got to hit him in his pockets now because he obviously does not care about the African-American culture."

Other clips show newsreaders talking about Adidas ending its partnership with Ye, and the rapper's antisemitic comments.

> —ye (@kanyewest) November 25, 2022

Ye posted eight more times on Thanksgiving, including another video where he talked about meeting Donald Trump.

Ye said that Trump told him he would lose in 2024 if he ran for president, and made an offensive comment — which was bleeped out — about his ex-wife Kim Kardashian.

Ye is currently promoting his 2024 presidential campaign, but is yet to file the paperwork to become a candidate. He previously ran for president in 2020, getting roughly 70,000 votes across the 12 states where he made the ballot.

He sparked the latest controversy after wearing a "White Lives Matter" shirt at Paris Fashion Week, then tweeting about going "death con 3" on Jewish people.

As numerous companies cut ties with West, more information about his antisemitic remarks came out, including Rolling Stone's report that Ye said he was inspired by "skinheads and Nazis."

# Kanye West said IRS froze his accounts because he owes $50M in taxes

nypost.com/2022/11/29/kanye-west-said-irs-froze-his-accounts-because-he-owes-50m-in-taxes/

Ariel Zilber                                                                                     November 29, 2022

Kanye West says the Internal Revenue Service has put a hold on four of his bank accounts because the rapper owes the federal government $50 million in taxes.

West, who has changed his legal name to Ye, made the revelation during an interview with right-leaning podcaster Tim Pool on Monday.

Ye bolted the interview on Pool's "Timcast IRL" podcast after the host pushed back on the rapper's latest anti-Semitic comments about alleged Jewish control of the media.

The rapper appeared on the podcast alongside white nationalist Nicholas Fuentes and controversial media personality Milo Yiannopoulos, who is now working for Ye's presidential campaign.

Fuentes and Ye dined last week with Donald Trump at the former president's Mar-a-Lago residence in Palm Beach, igniting outrage.



Watch Video At: https://youtu.be/ufcDoegDNsk

Before the contentious portion of the interview, Ye opened up about his finances.

03

The "Gold Digger" crooner, who appeared on the podcast to promote his 2024 presidential campaign, told Pool that his "finance people" told him he will "have to pay a lot of taxes."

**see also**



**Kanye West storms out of Tim Pool interview after pushback to his anti-Semitic claims**

"I'm talking about literally finding out that they were trying to put me in prison this morning," Ye said. "But I found out — okay, so they froze, they put a $75 million hold on four of my accounts."

"And then they said, 'You owe a lot of taxes.' Took me like six hours to find out how much 'a lot' was," Ye said.

"Well, it was around $50 million."

The Post has sought comment from the IRS.

During the interview, Ye acknowledged that he was "obviously not the most financially literate person on the planet." He said he asked "different CFOs" who were tied to his businesses whether he is evading taxes.

"So now I'm having — I get to actually learn how to run a company. I get to learn how to, you know, to count, really," Ye said.

"It's like I didn't even know where to put the money."



Kanye West claims the IRS froze his accounts because he owes the agency $50 million in taxes.
Fox News



Ye has lost corporate partnerships with Adidas and Gap in the wake of a series of anti-Semitic tirades.
GC Images

Ye has generated considerable amounts of negative publicity in the past two months that has cost him lucrative partnerships with top brands including Adidas and Gap.

 Adidas, the Germany-based sports apparel maker, announced last week it was launching an internal investigation over claims that Ye, who partnered with the company in selling his Yeezy brand of clothing and shoes, showed pornographic material to staffers.

Adidas cut ties with Ye last month after the rapper unleashed a bizarre anti-Semitic tirade on social media. Gap, another corporate partner that sold Ye's apparel line, also dropped him in the wake of his incendiary remarks.

Ye and Adidas partnered up to sell his Yeezy shoe line back in 2013.

The company faced criticism for not divorcing the former billionaire sooner, which many chalked up to the fact that Ye-branded shoes raked in almost $2 billion in sales last year for Adidas, according to Morgan Stanley.

Ye's terminated partnerships have reportedly cut his net worth from an estimated $2 billion to a comparatively paltry $400 million, according to Forbes.

# Kim Kardashian gets $200,000 monthly child support settlement from Ye - media

reuters.com/world/us/kim-kardashian-gets-200000-monthly-child-support-settlement-ye-media-2022-11-30/



- 
- 
- 
- 
- 

- 
- 
- 

United States

2 minute readNovember 30, 202211:24 PM UTCLast Updated ago

Reuters

- 
- 
- 
- 
- 

-

- 
- 

Nov 29 (Reuters) - Kim Kardashian and Ye, the rapper formerly known as Kanye West, have reached a divorce settlement that includes joint custody of their four children and dividing up their real estate assets, media reports said on Tuesday.

Though they will have joint custody of their children, ages 3, 4, 6 and 9, Kardashian will receive $200,000 a month in child support, as they will spend most of their time with her, the New York Post reported.

The celebrity couple were married in 2014, and Kardashian filed for divorce last year, citing irreconcilable differences.

Ye has courted <u>controversy</u> in recent months by publicly ending major corporate tie-ups and making outbursts on social media against other celebrities. His Twitter and Instagram accounts were restricted, with the social media platforms removing some of his posts that users condemned as antisemitic.

A meeting last week between Ye, Donald Trump and white supremacist Nick Fuentes, drew rare Republican <u>criticism</u> for the former president.

**[1/2]** Kim Kardashian and Kanye West attend the Vanity Fair Oscar party in Beverly Hills during the 92nd Academy Awards, in Los Angeles, California, U.S., February 9, 2020. REUTERS/Danny Moloshok

Details of their divorce settlement were reported by several media outlets, citing Los Angeles County Superior Court documents. Reuters was not immediately able to confirm the documents' authenticity.

The parents must agree on what school the children will attend and other decisions involving therapy, counseling or religious activities, the Post said, citing the court document.

The children will not be allowed to move more than 60 miles (100 km) from Kardashian's home in Hidden Hills near Los Angeles before they finish high school or turn 19 years old, the Post reported. Each parent will have access to the children on their birthdays and other special occasions, the Post said.

Ye has agreed to transfer one Hidden Hills property to Kardashian, who will also keep properties in Malibu and Riverside, California, and Harrison, Idaho, the Post said.

Neither party will pay the other spousal support, and they will each pay their own debts, Sky News reported. They will split the cost of their children's private security, schooling and university, Sky said.

08

A Kardashian spokesperson declined to comment. Representatives of Ye did not immediately respond to a request for comment.

Reporting by Daniel Trotta in Carlsbad, California; Editing by Simon Cameron-Moore

- 
- 

Our Standards: <u>The Thomson Reuters Trust Principles.</u>

**BUZZ**

# Kanye West Still Stuck In 'Donda 2' Battle Amid His Lawyers Plan To Drop Him– But There's A Silver Lining!

By *Emma Winters*   Nov 01, 2022 10:55 AM EDT



(Photo : SAUL LOEB / Contributor VIA GETTY IMAGES)

10

**BUZZ**

Marshall Jefferson's 1986 song "Move Your Body" in his album "Donda 2."

ADVERTISING



The father-of-four is sued for using the "Father of House Music's" song into "Flowers," one of the tracks on his follow-up album. He sampled the tune more than 20 times in his song without obtaining the necessary permits.

More legal trouble appears to be developing for the rapper, who officially changed his name to Ye a few months ago because his attorneys are apparently having difficulties contacting him.

According to court records acquired by AllHipHop, the "All Of The Lights" hitmaker is facing a default judgment.

"Due to recent circumstances and Ye's counsel's inability to reach Ye or his representatives, Ye's counsel intends to seek withdrawal as counsel," said UIMP's attorney, Bradley J. Mullins.

Greenberg Traurig LLP is now representing Kanye in the litigation, having signed on as his counsel in mid-2022.

However, the "N*ggas In Paris" rapper-producer has a silver lining. Because, despite his lawyers' inability to contact him, they are apparently in informal negotiations to reach a settlement.

Mullins added that if the initial negotiations fail, they may try to resolve the situation with the assistance of a mediator.

Kanye West's lawyers deciding not to defend him in the case would be the latest legal setback for the Grammy winner, who has been mired in a scandal over statements he made regarding the death of George Floyd and Jewish people.

He has lost relationships with prominent firms such as Adidas, Balenciaga, and GAP in the previous two weeks, and his net worth has dropped by $2 billion.

Greenberg Traurig will become the sixth legal firm to sever connections with Kanye after threatening to go "death con three on Jews."

BUZZ



**READ ALSO:** Kanye West Expected To Be Broke In A Few Months, Continues to Sink Socially Amid Victimizing Himself

# GoFundMe Page For Kanye West

Meanwhile, Kanye West's fans are helping him generate money by starting a crowd-funding campaign to help him become a millionaire again, per Complex.

He lost multiple money sources in addition to being cut off from his deals.

But this isn't the first time he's been accused of losing money; in 2016, individuals attempted to raise more than $50,000 for him. After all, he was about to declare bankruptcy.

Years later, though, he became a billionaire.

The GoFundMe page is no longer active as of this writing.

**READ MORE:** Willow Smith A Spoiled Brat? Will and Jada Pinkett Smith's Daughter Allegedly Riding on Their Coattails

**See More** Kanye West

© 2015 MUSICTIMES.COM ALL RIGHTS RESERVED. DO NOT REPRODUCE WITHOUT PERMISSION.

PROMOTED CONTENT 



Kale And Cardio
**Celine Dion's Water Wonderland Mansion Is Worthless**



Blood Sugar Formula
**Diabetes Is Not From Sweets! Meet The Main Enemy Of Diabetes**



Kera Derm
**Foot Fungus? This Common Household Remedy Work Wonders!**

12

**EXCLUSIVE**

# Kanye West could face financial crisis within months

By Oli Coleman

October 30, 2022  |  11:37am

Kanye West could be just months from financial catastrophe, Page Six is told.

As the rapper is dropped by corporations and condemned by industry figures, sources say that while he has a large stash of cash, he also has vast expenses and could be in trouble soon if he doesn't find a way to turn the tide.

Sources familiar with his finances say that West has five sources of income, and that four of them have been either completely shut down or badly compromised by his anti-Semitic outburst and support for white supremacists.

We're told that in recent years, West has made money from his massive Adidas deal, his Gap deal, his music catalogue, selling new music and concerts.

Adidas — which is the real engine for his enormous wealth — already said earlier this week that, after it ended its massive Yeezy sneaker deal with him, it would immediately halt payments.

13



Insiders say West, who has been losing business deals, has a lot of cash in the bank, but also extremely high expenses.
GC Images

And sources say that it will be hard to fight that decision, because his threats against Jews and the incident in which he played porn to Adidas execs "mean they can play hardball," according to an insider.

The source says that Gap, which ended its two-year-old deal with him in September, owes him some money for the YEEZYxGAP products it sold between the end of the deal and Tuesday, when it announced that it was pulling his goods from shelves over the controversy.

As far as concerts — which should be the easiest money a star like West can make, and a dependable source of quick liquid cash — go, he was due to have a show at SoFi Stadium in LA on November 4 but that was canceled by the venue, he has no more booked and it's unlikely venues will book him amid the scandals, according to insiders.

Kanye West stands in front of a Yeezy logo

The vast majority of West's wealth comes from his deal with Adidas for his Yeezy line.
Jonathan Leibson

Yeezy sneakers

Forbes estimates West has lost three-quarters of his net worth after losing his sneaker deal.
AP

And with new music, we're told West has an album in the can, but as yet there's no deal to distribute it. His deal with longtime label Def Jam ended in 2021. An insider says the record will still probably provide something of a lifeline, but that he's unlikely to net anything like as much as he has for previous albums.

14

"He's a many-time Grammy winner and he has such a large following that his albums go platinum instantly," said the source, adding that it's hard to believe that nobody would be willing to accept such a can't-lose deal.

That leaves royalties, which net him around $5 million a year, according to Billboard. "That's about enough to pay his gas bill for his jet," laughed an insider. In September the music trade reported that West's team tested the waters for selling his catalogue for around $135 million, but didn't appear to get any strong interest.

Kanye West

West, who has been wearing a cap suggesting he'll run for president in 2024, has been spouting anti-Semitic hate.
Keith Griner / MEGA

Meanwhile, we're told he has "a lot of cash by anyone's standards," but he also has a "high cash burn rate."

West bought a $57 million Malibu, Calif., home last year and gutted it. It's in the midst of being rebuilt virtually from the ground up. We're told that project is severely at risk because of his financial troubles. He also has a slew of other homes, but we're told many of them are mortgaged.

West, of course, has been in money trouble before. Let's not forget that he revealed in 2016 that he was $54 million in personal debt, which was reportedly due to his many attempts to launch a fashion line, as well as his free-spending style.





West's collapse follows his split from wife Kim Kardashian.
WireImage

What it boils down to, says an insider, is that West's opulent lifestyle is based on the Adidas deal and the rest was gravy. But with the sneaker brand heading for the hills, he's out about three-quarters of his net worth, according to Forbes — a big hole to plug.

So sources estimate that even though he has more than $100 million in the bank, he probably has enough to last a matter of "months."

"It's all about cash flow and if slash when he can revive it," said a source.

A rep for West couldn't be reached.

FILED UNDER   **CELEBRITY FINANCES**, **DEBT**, **FINANCIAL WOES**, **GAP**, **KANYE WEST**, **MONEY**, **YEEZY**, **10/30/22**

## SPONSORED STORIES

| 1/5 |

# Kanye West And Yeezy Sued For $275K By Ex Adidas Employee

**v** vibe.com/news/business/kanye-west-yeezy-sued-adidas-employee-breach-contract-1234745914/

March 31, 2023



Ye attends the Kenzo Fall/Winter 2022/2023 show as part of Paris Fashion Week on January 23, 2022 in Paris, France. *Victor Boyko/Getty Images For Kenzo*

Kanye West and his Yeezy brand have been named in a $275,000 lawsuit in which a former employee alleges that she was fired without being given proper compensation.

According to court docs obtained by *TMZ Hip Hop,* the plaintiff, Dora Szilagyi, was hired by Yeezy in June 2021 under the role of "Director of Product Innovation." Szilagyi, who previously worked with Adidas, claims that she was persuaded to join the Yeezy brand with the promise that she would be paid $275,000 in severance if she were fired without cause after September 1, 2021, roughly two months after her hiring date. However, Szilagyi alleges that West and Yeezy balked on the agreement despite her firing not coming until mid-December 2021.

17



Rapper Kanye West attends a game between the Washington Wizards and the Los Angeles Lakers in the fourth quarter at Crypto.com Arena on March 11, 2022 in Los Angeles, California. NOTE TO USER: User expressly acknowledges and agrees that, by downloading and/or using this Photograph, user is consenting to the terms and conditions of the Getty Images License Agreement. *Ronald Martinez/Getty Images*

The suit is the latest in <u>a string of legal battles</u> between West and former employees and collaborators, as the music star has come under fire for his brand's alleged failure to uphold business agreements. In July 2022, the Chicago native was sued for $7.1 million by a production company for work done for the rapper's concert performances.



<u>Related Story</u>

## <u>J. Cole Asks Kanye West To Clear Sample For 'Friday Night Lights' Track</u>

Phantom Labs – which created stage sets for West's Free Larry Hoover benefit concert, <u>the album release concert for *Donda 2*</u>, his Sunday Service gospel and prayer events, and his cancelled 2022 Coachella performance – claimed to have sent the rapper multiple letters demanding payment for their services, to no avail. In October 2022, *The College Dropout* creator was hit with a suit by his former business manager, who says West terminated their business relationship prematurely and is seeking $4.5 million in damages.

Get weekly rundowns straight to your inbox

<u>Subscribe</u>

**Read More About**

- <u>Kanye West</u>
- <u>Lawsuits</u>
- <u>Yeezy</u>

## The Vibe Newsletter

Get weekly rundowns straight to your inbox

By subscribing, I agree to the <u>Terms of Use</u> and <u>Privacy Policy</u>. // This site is protected by reCAPTCHA Enterprise and the Google <u>Privacy Policy</u> and <u>Terms of Service</u> apply.

## Most Popular

-

Paywall still there?Try archive.today




SUBSCRIBE

ANTISEMITISM

# Kanye to Alex Jones: 'I Like Hitler'

The rapper and -virulent antisemite sat down with the Sandy Hook conspiracy theorist alongside white nationalist Holocaust denier Nick Fuentes

BY NIKKI MCCANN RAMIREZ

DECEMBER 1, 2022





Up to $25 off base rates.*

Hertz. Let's Go!

*Discount applies to pay later base rate. Taxes and fees excluded. Terms and excl

KANYE WEST PRAISED Adolf Hitler during a Thursday interview with conspiracy theorist Alex Jones.

"Every human being has something of value that they brought to the table, especially Hitler," Ye said. "Also Hitler was born Christian."

Watch for yourself. In the same breath, Kanye West praises Hitler and attacks Jews. pic.twitter.com/HXhdPBNrTd
— Ahmed Baba (@AhmedBaba_) December 1, 2022

"I see good things about Hitler also" Ye said. "I love everyone. Jewish people are not going to tell me you can love us, and you can love what we're doing to you with the contracts, and you can love what we're pushing with the pornography. But this guy that invented highways, invented the very microphone that I use as a musician, you can't say out loud that this person ever did anything good, and I'm done with that."

When Jones said he didn't like Nazis" as the show moved to a commercial break, Ye interjected. "I like Hitler," he said.

Kanye West says he "likes Hitler" pic.twitter.com/ECnFxYnYdO
— Van Lathan Jr (@VanLathan) December 1, 2022

"We got to stop dissing the Nazis all the time," Ye said after the show returned from break.

ADVERTISEMENT

Throughout the show, Ye blamed several subjects mentioned in the broadcast, including suppression of free speech, on "zionists."



Up to $25 off base rates.*

Hertz. Let's Go!

*Discount applies to pay later base rate. Taxes and fees excluded. Terms and excl

Jones stated later in the stream.

## TRENDING

**1** — DeSantis Tells Allies to Stay Mum About Trump's 'Nazi' Dinner. It's Part of a Bigger Plan

**2** — Christine McVie, Keyboardist and Singer for Fleetwood Mac, Dead at 79

**3** — Organ-Devouring 'Liver King' Blasted by Bodybuilders Over Alleged Steroid Use

**4** — Watch Christine McVie's Final Public Performance at 2020 Peter Green Tribute Show

Ye has been embroiled in a public controversy regarding a stream of antisemitic statements made following backlash to a Yeezy fashion show in October in which he displayed "White Lives Matter" T-shirts. In a series of tweets and interviews, Ye lashed out against his critics and accused the "Jewish media" of censoring him and having an agenda against him. In a tweet that saw him temporary banned from Twitter, Ye threatened that he was going "death con 3 on Jewish people" — later saying he misspelled the military term "defcon."

Ye has since partnered up with white nationalist holocaust denier Nick Fuentes, whom he took to Mar-a-Lago to have dinner with former President Donald Trump late last month. Fuentes also accompanied Ye for an interview on a right-wing podcast earlier this week. Ye stormed out of the studio after the host pushed back on Ye's antisemitism.

**IN THIS ARTICLE: Alex Jones, antisemitism, Kanye West, Nick Fuentes**

POLITICS > POLITICS NEWS


Up to $25 off base rates.*
Hertz. Let's Go!
*Discount applies to pay later base rate. Taxes and fees excluded. Terms and excl

22

**MUSIC**

# Kanye West Claims Rosa Parks Was A "Plant"

Dec 12 2022 10:21 am

 20

By Cole Blake

*Kanye West criticized Rosa Parks, Martin Luther King, and more during his latest rant.*

**K**anye West ranted about Rosa Parks being a "plant" during his latest discussion on Clubhouse. In the wake of his various antisemitic comments from the live stream, the platform has since suspended his account.

"All of these heroes man– it's only one. That's Jesus Christ. You're gonna find out something about MLK, something about JFK, something about Malcolm, Rosa Parks. We know Rosa Parks was a plant," West said.

ANAHEIM, CA – JUNE 03: Rapper Kanye West performs onstage at the Power 106 Powerhouse show at Honda Center on June 3, 2016 in Anaheim, California. (Photo by Scott Dudelson/FilmMagic)

He continued: "We know all of these things and they use these media outlets to outrage. Outrage is an economy, the trauma economy. What death are we gonna

24

promote this week? It ain't like 14 people are getting killed every week in Chicago. But no, we're going to publicize this on our– I'm not gonna say whose platform it is. It was the Jews."

Kanye also suggested Jewish people "are used by the Chinese" to control Black people, describing them as "just middlemen."

West charged fans $20 for entrance to the Clubhouse Q&A, which lasted just under one hour. The following day, Clubhouse confirmed that they had suspended West from the platform.

"We took action to shut down a conversation yesterday because it violated our policies. We also suspended those who violated the policies. There's absolutely no place for bullying, hate speech or abuse on our platform as explicitly stated in our Community Guidelines and Terms of Service," Clubhouse said in a statement.

Elsewhere in the conversion, he turned his attention towards **Meek Mill**. The two

25

have been trading shots online for quite some time. Meek later **responded to the comments** in a tweet posted on Sunday. He criticized West for being "on clubhouse at 50."

Check out Kanye's latest comments below.



Not Ms. Rosa now Ye

view all 2,218 comments

Add a comment...

**[Via]**

**Tags**   ANTISEMITISM      CLUBHOUSE      ROSA PARKS      MUSIC      NEWS

Loading...

## SIGN UP

**Get the HOTTEST Music, News & Videos Delivered Weekly.**

**Type your email here**

**SUBSCRIBE**

News     Top 100     Features     Videos     Artists

Terms of Service   |   Privacy Policy

About   |   Contact   |   Careers   |   Staff

**The New York Times** | https://www.nytimes.com/2022/12/02/business/media/kanye-west-twitter-suspension.html

# Kanye West Is Suspended From Twitter After Posting a Swastika

The tweet was deleted before the rapper's account was shut down. Twitter's chief executive, Elon Musk, said the post violated a rule against inciting violence.

 **By John Yoon**

Dec. 2, 2022, 3:16 a.m. ET

2 MIN READ

Elon Musk, Twitter's chief executive, said late Thursday that Kanye West would be suspended from Twitter after the rapper and fashion designer tweeted an image of a swastika inside the Star of David. Mr. Musk said the post violated the social media outlet's rule against the incitement of violence.

The tweet was deleted shortly before Mr. West's account became no longer accessible. His page was soon replaced with a label: "Account suspended."

So continued the controversy stirred by Mr. West — who goes by Ye — and his string of antisemitic remarks on social media. Instagram blocked him from posting after he suggested on the platform that Sean Combs, the rapper known as Diddy, was being controlled by Jewish people. Ye has also lashed out against Jewish people via Twitter.

The indefinite Twitter suspension happened on the same day that Ye had appeared on a podcast hosted by the Infowars conspiracy broadcaster Alex Jones, during which he told Mr. Jones, "I like Hitler."

The swastika tweet was part of a series of posts that included praise for Balenciaga, the French luxury brand that terminated its professional relationship with Ye in October because of his antisemitic comments. Balanciaga, which had partnered with Ye on runway shows and other fashion projects, has recently faced its own controversy in the form of allegations that it condoned child exploitation.

Before his suspension, Ye had also tweeted an unflattering photograph of Mr. Musk being hosed down on a yacht.

"This is fine," Mr. Musk tweeted in response to the image. "This is not," he wrote in regard to the swastika post, confirming Ye's suspension.

"He again violated our rule against incitement to violence," Mr. Musk added. "Account will be suspended."

Twitter had restricted the account used by Ye in October after he posted an antisemitic tweet, which Twitter also removed. Users of restricted accounts cannot post or interact on the platform, but unlike with suspensions, their past tweets that did not violate the company's rules remain visible on the service.

After being locked out from Twitter, Ye had agreed to buy Parler, a social media outlet popular with right-wing audiences. On Thursday, the company said that it had "mutually agreed with Ye" to end his deal to buy it.

Ye's restriction on Twitter was lifted by Oct. 29, an action that Mr. Musk said Twitter had taken before he acquired the company.

Mr. Musk has said his approach to content moderation is: "If in doubt, let the speech exist." He has also said that Twitter would be "forming a content moderation council with widely diverse viewpoints."

He has reinstated accounts that had been suspended for pushing misinformation, including those of former President Donald J. Trump and Representative Marjorie Taylor Greene. He has also said he would offer "amnesty" to accounts suspended by the company's previous leadership.

29

# Exhibit C

# Kanye West Claims Adidas Froze Four Of His Bank Accounts

**hiphopdx.com**/news/kanye-west-adidas-frozen-bank-accounts

Mark Elibert



YouTube/REVOLT

## Kanye West Claims Adidas Froze Four Of His Bank Accounts Totalling $75M

by Mark Elibert
Published on: Nov 22, 2022, 2:14 PM PST

**20**

Kanye West has claimed that his former business partners adidas have placed a whopping $75 million hold on four of his bank accounts.

Speaking to celebrity gossip outlet *X17*, Ye explained why he's running for president again in 2024. He said his decision had something to do with adidas allegedly going into his bank accounts and locking up all of his money.

If the athletics company was somehow legally able to do that, Ye's defense was for him to run for election to change the laws and protect Americans along with their money.

01

"The reason why I'm announcing that I'm running for president is I want the FCC to look at my money," Ye said. "If they actually see, I was looking at my money, and there might have been a possibility that adidas wouldn't have went into JP Morgan and froze my account and put a $75 million hold on four different accounts."

He added: "I went from being a multi-billionaire to not even being able to use my Apple Pay four nights ago. I couldn't use my Apple Pay because someone how Adidas was able to legally go in and freeze my money, and when I see this, I think, well, if this could happen to me, this could happen to other Americans, and for what?

"You know this can happen to an American that didn't even steal anything, that didn't even hurt anyone. This could just happen to you for saying the wrong idea out loud."

> Kanye West claims Adidas froze four of his bank accounts totalling $75M 💰
> https://t.co/52WCdDsvQr pic.twitter.com/4glDandjsW
>
> — HipHopDX (@HipHopDX) November 22, 2022

Ye's comments come after adidas severed business ties with him in October after he made some anti-Semitic remarks. The company issued a statement effectively ending the union and explained it is expected to lose approximately $246 million in net income in 2022 after parting ways with Kanye West, while *Bloomberg* reported its shares fell by as much as 4.5 percent.

"adidas does not tolerate antisemitism and any other sort of hate speech," the statement read. "Ye's recent comments and actions have been unacceptable, hateful and dangerous, and they violate the company's values of diversity and inclusion, mutual respect and fairness."

The company continued: "After a thorough review, the company has taken the decision to terminate the partnership with Ye immediately, end production of Yeezy branded products and stop all payments to Ye and his companies. adidas will stop the adidas Yeezy business with immediate effect."

According to *Forbes*, Ye's status as a billionaire was no more following the termination of his lucrative adidas deal. Forbes estimated Kanye's partnership with the German sportswear giant accounted for $1.5 billion of his net worth. Now that he's been dropped by the company, Ye is reportedly worth closer to $400 million.

Earlier this month, adidas announced it will still be selling Yeezy products under a new brand name which didn't sit right with fans. According to *Insider*, adidas' Chief Financial Officer Harm Ohlmeyer relayed that the company owns all of the "new versions" and "colorways" of the Yeezy designs.



# Kanye West confused about banks, Apple Pay, and FCC

**ai** **appleinsider.com**/articles/22/11/24/kanye-west-confused-about-banks-apple-pay-and-fcc

Amber Neely

| Nov 24, 2022



*AppleInsider may earn an affiliate commission on purchases made through links on our site.*

As part of his candidacy for President, Kanye West is demanding that the FCC needs to investigate his bank after Adidas allegedly "froze his money," and disabled his <u>Apple Pay</u>.

According to West, after Adidas cut off business with him, they managed to freeze his money by petitioning JP Morgan Chase to do so. After finding that his Apple Pay didn't work, repeatedly, he said he looked into why.

Reportedly, Adidas put a $75 million hold on four of his bank accounts. This, in turn, likely caused Apple Pay to not work because of a lack of funds.

Bizarrely enough, West claimed this was the reason he'd be running for president — again.

"The reason why I'm announcing that I'm running for President is I want the FCC to look at my money. If the FCC was looking at my money, there would be a possibility that Adidas wouldn't have went into JP Morgan Chase and froze my account and put a $75 million hold on four different accounts," West told *RadarOnline*.

Even if his claims are true about Adidas clawing back money from the bank, it's not clear who exactly West is referring to in his bid for the Presidency. While West claims that he wants the FCC — the Federal Communications Commission — to look into the matter, they can't help.

# Kanye West Blames Adidas For Bank Freezing $75 Million In His Accounts, Unable To Use His Apple Pay

radaronline.com/p/kanye-west-75-million-adidas-bank-accounts-frozen-apple-pay/

Ryan Naumann                                                                      November 22, 2022



**Kanye West** said he has been struggling since losing his billionaire status and was unable to use his Apple Pay the other night, **RadarOnline.com** has learned.

On Monday, Kanye spoke to cameramen outside his new Crenshaw design studio. The disgraced mogul seemed to be in good spirits and open to chat.



Source: mega

He invited the cameraman inside the studio where he started off with a song and a prayer. "Father, thank you for bringing us together this morning. Thank you for starting this week off … thank you for the oxygen, thank you for the food. Thank you for sending your son to die

06

for us."

Kanye then started to detail his plans for the week. He said he was working on his Donda Academy which he said was renamed The Donda Theology Engineering University. As RadarOnline.com previously reported, the school was shut down after his antisemitic remarks but then reopened days later.

The musician said he was meeting with civil engineers and theologists to develop a new curriculum for his students.

"We need people who have vocational training skill sets. This is the way we bring our country back in power. We have to train our children to bring physical things we need in America."



Source: mega

"The reason why I'm announcing that I'm running for President is I want the FCC to look at my money. If the FCC was looking at my money, there would be a possibility that Adidas wouldn't have went into JP Morgan Chase and froze my account … and put a $75 million hold on four different accounts."

"I went from being a multi-billionaire to not being able to use my Apple Pay four nights ago." Over the weekend, Kanye announced he was running for President in 2024 and will be taking on his ex-BFF, **<u>Donald Trump.</u>**



Source: mega

As RadarOnline.com previously reported, Adidas cut ties with Kanye after he went on an antisemitic attack on social media. In October, the company released a statement announcing its decision.

"Adidas does not tolerate antisemitism and any other sort of hate speech. Ye's recent comments and actions have been unacceptable, hateful and dangerous, and they violate the company's values of diversity and inclusion, mutual respect and fairness," a rep said.

"After a thorough review, the company has taken the decision to terminate the partnership with Ye immediately, end production of Yeezy branded products, and stop all payments to Ye and his companies. adidas will stop the Adidas Yeezy business with immediate effect."

# A Timeline of Kanye West's $57m Rotting Malibu House

Ⓗ **highsnobiety.com**/p/kanye-malibu-house-timeline/

April 27, 2023

## Kanye West's $57m Malibu Mansion Is Rotting From the Inside Out

11 days ago in <u>Culture</u>Words By <u>Highsnobiety</u>



BACKGRID

Kanye West's $57 million Malibu mansion is a pretty good metaphor for Kanye himself. Like the man now known as Ye, the Tadao Ando-designed beachside house was once imminently likeable, the epitome of artistic ingenuity.

Now, both Ye and his 4,000 square foot Malibu home have rotted from the inside out.

To be fair, Ye's issues have always been there but the Malibu mansion could've stayed pretty. Let's take a trip through time, back to when Ye purchased the house, to witness it decline over the past few years, dovetailing neatly with Ye's public reputation (and, depending on how you feel about his recent music, his career).



BACKGRID / Clint Brewer Photography

In late September 2021, news broke that Ye acquired a Tadao Ando-designed oceanfront house in Malibu for about $57 million.

Before Ye purchased the mansion, it was listed for closer to $75 million. Shortly after, Ye listed his Wyoming ranch for sale (only $11 million!).

Shortly after, Kim Kardashian separately bought herself a gargantuan $70m house in Malibu, not so far from Ye's new digs.

> Kanye's $57.3 million dollar Malibu house is in fact the pad of my dreams
> pic.twitter.com/bvQuLxeYgk
>
> — Kim (@TheKimbino) September 20, 2021



Ye's enormous Malibu home boasted a brutalist façade typical of Ye's tastes, giant windows overlooking the sea, and approximately 4,000 square feet, which is a pretty big footprint for Malibu.

10



BACKGRID

In early 2022, as Ye and Kim Kardashian moved towards their inevitable divorce and he began prepping the <u>much-delayed *DONDA 2*</u>, Ye brought in contractors to oversee <u>extensive remodeling plans</u> for his Malibu palace, renovations that were destined to remain uncomplete perhaps forever.





BACKGRID

By summer 2022, Ye's Malibu house was entirely gutted and barren as repairs dragged on and on. The floor-to-ceiling windows facing the water had long been removed, leaving the rear of the building entirely open to the elements.

Ye was at one point spotted checking out the progress in the middle of summer, taking one of <u>his many girlfriends</u> at the time with him.



12

Weeks turned into months and, by the end of 2022, Ye had gone <u>full white nationalist</u>. Eventually, his <u>anti-Semitic outbursts</u> would lead nearly every business partner to officially drop both Ye and his YEEZY brand.



BACKGRID

Here we are in April 2023 and Ye's Malibu property (and his <u>Sunday Service HQ</u> in Los Angeles) has fallen into deep disrepair.

Neighbors told TMZ that they haven't "seen anyone around for many months" and Ye's Malibu mansion was "left to rot" given that no one is maintaining the structure in the meantime, despite all the outside advisors that Ye pulled on for the project.

The homes interior walls, exposed to the outside air, wind, and sand as they were, began to crumble and the metal railings are rusting, better as a respite for seagulls than would-be residents.



A Happy Hanukkah sign was even posted onto the Malibu house's garage door around the time that Kanye was <u>embracing hate speech</u> and far-right conspiracy theorists.

13

Someone put a "Happy Hanukkah" banner on Kanye's ugly ass house in Malibu
https://t.co/Gi0F50vEFf pic.twitter.com/V41o3cKAG4

— Wu Tang is for the Children (@WUTangKids) December 6, 2022



While Ye's Tadao Ando-designed home collapses into the sea, Kim Kardashian is happy at work with Ando himself, whom she met with during a recent trip to Japan.

Kardashian spoke with Ando about "a dream project we have been working on for the past two years," promising that the pair would "break ground" imminently.

All this while the Ando-designed Malibu mansion lays decrepit and unused.



View this post on Instagram

A post shared by Kim Kardashian (@kimkardashian)



Don't feel bad for Ye, though. Just because he presumably can't afford to put more money into his multi-million-dollar mansion doesn't mean he's homeless — Ye and secret wife Bianca Censori have recently been staying at various top-dollar hideaways across the Los Angeles area, including the Malibu-based Nobu Ryokan, where rooms costs upwards of $2,000 per night. Ye's still very rich, remember.

Ye also owns acres of land in Calabasas, his childhood home in Chicago, a house in Belgium, and plenty of other real estate so he could easily move somewhere else if he got tired of dwelling in a luxurious motel.

And, to top it all off, all of Ye's problems are of his own making, his mental and public decline reflected in his rotting Malibu mansion. Suffice to say, it's hard to sympathize.

Shop our latest products

14