## PAYMENT CONFIRMATION

This Payment Confirmation (this "**Confirmation**") is made as of January 10, 2020 by Yeezy, LLC, a Delaware limited liability company ("**Lender**"), Yeezy Marketing LLC, a California limited liability company ("**Yeezy Marketing**"), and adidas AG ("**adidas**").

**WHEREAS,** adidas and Lender are parties to a Licensing and Endorsement Agreement, dated January 1, 2017 (the "**2017 Agreement**"), and certain amendments including Amendment No. 3 to Licensing and Endorsement Agreement, dated September 30, 2019 ("**Amendment No. 3**") (the 2017 Agreement, as amended, is referred to as the "**Agreement**"). All capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Agreement. Lender now desires Yeezy Marketing to receive the Marketing Fund.

**NOW, THEREFORE,** the parties agree as follows:

1. [REDACTED]

2. **Procedures, Representations and Warranties.** [REDACTED]

| adidas AG | Yeezy, LLC | Yeezy Marketing LLC |
|---|---|---|
| By:_____ | By:_____ | By:_____ |
| Name:_____ | Name:_____ | Name:_____ |
| Title:_____ | Title:_____ | Title:_____ |

14

## PAYMENT CONFIRMATION

This Payment Confirmation (this "**Confirmation**") is made as of February 18, 2020 by Yeezy, LLC, a Delaware limited liability company ("**Lender**"), Yeezy Footwear LLC, a Wyoming limited liability company ("**Yeezy Footwear**"), and adidas AG ("**adidas**").

**WHEREAS,** adidas and Lender are parties to a Licensing and Endorsement Agreement, dated January 1, 2017 (the "**2017 Agreement**"), and certain amendments including Amendment No. 3 to Licensing and Endorsement Agreement, dated September 30, 2019 ("**Amendment No. 3**"), and Amendment No. 4 to Licensing and Endorsement Agreement, dated January 29, 2020 ("**Amendment No. 4**") (the 2017 Agreement, as amended, is referred to as the "**Agreement**"). All capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Agreement.

**NOW, THEREFORE,** the parties agree as follows:

1. [REDACTED]

2. **Procedures, Representations and Warranties.** [REDACTED]

adidas AG  
By: _Paul Ehrlich_ (DocuSigned)  
Name: Paul Ehrlich  
Title: _____

Yeezy, LLC  
By: _____  
Name: _____  
Title: _____

Yeezy Footwear LLC  
By: _____  
Name: _____  
Title: _____



## rtificate Of Completion

Envelope Id: FD57D0A917B74BEB98B845BA2DCA8165
Subject: Please DocuSign: Payment Confirmation.pdf
SharePoint Folder:
SharePoint:
Use Case:
Source Envelope:
Document Pages: 1  Signatures: 1  Envelope Originator:
Certificate Pages: 2  Initials: 0  Tammy Russum
AutoNav: Enabled  Adi-Dassler-Strasse 1
EnvelopeId Stamping: Enabled  Herzogenaurach, Bavaria 91074
Time Zone: (UTC+01:00) Amsterdam, Berlin, Bern, Rome, Stockholm, Vienna  Tammy.Russum@adidas-Group.com
IP Address: 209.210.2.28

Status: Completed

### Record Tracking

Status: Original  Holder: Tammy Russum  Location: DocuSign
          2/20/2020 8:18:53 PM  Tammy.Russum@adidas-Group.com

### Signer Events  Signature  Timestamp

Paul Ehrlich
Paul.Ehrlich@adidas.com
General Counsel
adidas AG
Security Level: Email, Account Authentication (None)

DocuSigned by: Paul Ehrlich
51CA9296C2EF408...

Signature Adoption: Uploaded Signature Image
Using IP Address: 209.210.2.28

Sent: 2/20/2020 8:24:46 PM
Viewed: 2/20/2020 8:28:28 PM
Signed: 2/20/2020 8:28:35 PM

:tronic Record and Signature Disclosure:
   Not Offered via DocuSign

### In Person Signer Events  Signature  Timestamp

### Editor Delivery Events  Status  Timestamp

### Agent Delivery Events  Status  Timestamp

### Intermediary Delivery Events  Status  Timestamp

### Certified Delivery Events  Status  Timestamp

### Carbon Copy Events  Status  Timestamp

Chris Daenhardt
Chris.Daenhardt@adidas-group.com
Sr Director adidas Brand Finance
Security Level: Email, Account Authentication (None)

COPIED

Sent: 2/20/2020 8:28:36 PM
Viewed: 2/20/2020 8:56:22 PM

Electronic Record and Signature Disclosure:
   Not Offered via DocuSign

David Choi
dchoi@yeezy.com
Security Level: Email, Account Authentication (None)

COPIED

Sent: 2/20/2020 8:28:36 PM

Electronic Record and Signature Disclosure:
   Not Offered via DocuSign

16

| Carbon Copy Events | Status | Timestamp |
|---|---|---|
| Ivy Hudson<br>Hudson@adidas-group.com<br>adidas AG<br>Security Level: Email, Account Authentication (None) | COPIED | Sent: 2/20/2020 8:28:36 PM |//
| **Electronic Record and Signature Disclosure:**<br>Not Offered via DocuSign | | |

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 2/20/2020 8:28:36 PM |
| Certified Delivered | Security Checked | 2/20/2020 8:28:36 PM |
| Signing Complete | Security Checked | 2/20/2020 8:28:36 PM |
| Completed | Security Checked | 2/20/2020 8:28:36 PM |

| Payment Events | Status | Timestamps |
|---|---|---|

17