DocuSign Envelope ID: 351FD3D2-CF8F-46E4-8969-BDDFEADD0014

## PAYMENT CONFIRMATION

This Payment Confirmation (this **"Confirmation"**) is made as of August 15, 2020 by adidas AG (**"adidas"**), Yeezy, LLC (**"Lender"**) c/o Kanye Omari West (**"Artist"**), and Lender's undersigned affiliates.

**WHEREAS,** adidas and Lender are parties to a Licensing and Endorsement Agreement, dated January 1, 2017 (the **"2017 Agreement"**), and certain amendments, letter agreements, directives and confirmations (the 2017 Agreement, as amended by such documents is referred to as the **"Original Agreement,"** and the Original Agreement as amended by this Confirmation is referred to as the **"Agreement"**). All capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Original Agreement.

**NOW, THEREFORE,** the parties agree as follows:

1. ▮

2. ▮

**Mutual Dispute Resolution Process and** ▮ Lender and Artist acknowledge that stability is critical to the success of ▮ and as such agree to the following process to conclusively and rapidly address potential disputes.

a) ▮

b) ▮

c) ▮

18

DocuSign Envelope ID: 351FD3D2-CF8F-46E4-8969-BDDFEADD0014

d)

e)

f)

g) IN NO EVENT WILL ADIDAS AND/OR ITS AFFILIATES BE LIABLE TO LENDER, ARTIST AND/OR ITS AFFILIATES FOR ANY INCIDENTAL, SPECIAL, CONSEQUENTIAL, EXEMPLARY, PUNITIVE OR INDIRECT DAMAGES ARISING OUT OF OR RELATED TO THE AGREEMENT (INCLUDING, WITHOUT LIMITATION, ANY LOSS OF REVENUE, PROFIT OR USE). IN NO EVENT WILL ADIDAS AND/OR ITS AFFILIATES BE LIABLE TO LENDER AND/OR ITS AFFILIATES FOR AN AMOUNT GREATER THAN ▮▮▮▮▮▮.

h)

i)

j)

4. ▮▮▮▮▮▮ In the event of expiration or termination of the Agreement for any reason, Lender and its affiliates shall return to adidas an amount equal to: (i) the total amount of Marketing Fund payments made by adidas during the twelve (12) months prior to expiration or termination; minus (ii) amounts Lender and/or its affiliates paid out of such Marketing Fund during the twelve (12) months prior to expiration or termination in compliance with the Agreement, as supported by documents demonstrating the date, amount, and use of such funds, as well as any other supporting documentation requested by adidas.

**5. Procedures, Representations and Warranties.**

[redacted]

| adidas AG | Yeezy, LLC | Yeezy Footwear LLC | Yeezy Marketing LLC |
|---|---|---|---|
| By: *Paul Ehrlich* (DocuSigned) | By: *[signature]* | By: *[signature]* | By: *[signature]* |
| Name: Paul Ehrlich | Name: Kanye West | Name: Kanye West | Name: Kanye West |
| Title: General Counsel | Title: _____ | Title: _____ | Title: _____ |
| By: *Torben Schumacher* (DocuSigned) | | | |
| Name: Torben Schumacher | | | |
| Title: GM Originals & Style | | | |

[redacted]

_____     *[signature]*
Date                                                     Kanye West

20

DocuSign Envelope ID: 7E6BFB3E-D113-4867-826D-CFBECBCD17BB

## PAYMENT CONFIRMATION

This Payment Confirmation (this "**Confirmation**") is made as of October 7, 2021 by adidas AG ("**adidas**"), Yeezy, LLC ("**Lender**") f/s/o Kanye Omari West ("**Artist**"), and Lender's undersigned affiliates.

**WHEREAS,** adidas and Lender are parties to a Licensing and Endorsement Agreement, dated January 1, 2017 (the "**2017 Agreement**"), and certain amendments, letter agreements, directives and confirmations (the 2017 Agreement, as amended by such documents is referred to as the "**Original Agreement,**" and the Original Agreement as amended by this Confirmation is referred to as the "**Agreement**"). All capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Original Agreement.

**NOW, THEREFORE,** the parties agree as follows:

[redacted]

3. **Procedures, Representations and Warranties**.

[redacted]

adidas AG
By: *Torben Schumacher* (DocuSigned by: 1FE4173C4B9042F...)
Name: _____
Title: _____

By: *Paul Ehrlich* (DocuSigned by: 51CA9296C2EF408...)
Name: _____
Title: _____

Yeezy, LLC
By: _____
Name: Andre Bodiford
Title: COS

Yeezy Footwear LLC
By: _____
Name: Andre Bodiford
Title: COS

Yeezy Marketing LLC
By: _____
Name: Andre Bodiford
Title: COS

21