**PAYMENT CONFIRMATION**

This Payment Confirmation (this **"Confirmation"**) is made as of January 10, 2020 by Yeezy, LLC, a Delaware limited liability company (**"Lender"**), Yeezy Marketing LLC, a California limited liability company (**"Yeezy Marketing"**), and adidas AG (**"adidas"**).

**WHEREAS,** adidas and Lender are parties to a Licensing and Endorsement Agreement, dated January 1, 2017 (the **"2017 Agreement"**), and certain amendments including Amendment No. 3 to Licensing and Endorsement Agreement, dated September 30, 2019 (**"Amendment No. 3"**) (the 2017 Agreement, as amended, is referred to as the **"Agreement"**). All capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Agreement. Lender now desires Yeezy Marketing to receive the Marketing Fund.

**NOW, THEREFORE,** the parties agree as follows:

1. ████████████████████████████████████████████████████████

2. Procedures, Representations and Warranties.
████████████████████████████████████████████████████████

| adidas AG | Yeezy, LLC | Yeezy Marketing LLC |
|---|---|---|
| By:_____ | By:_____ | By:_____ |
| Name:_____ | Name:_____ | Name:_____ |
| Title:_____ | Title:_____ | Title:_____ |

14

DocuSign Envelope ID: FD57D0A9-17B7-4BEB-98B8-45BA2DCA8165

## PAYMENT CONFIRMATION

This Payment Confirmation (this "**Confirmation**") is made as of February 18, 2020 by Yeezy, LLC, a Delaware limited liability company ("**Lender**"), Yeezy Footwear LLC, a Wyoming limited liability company ("**Yeezy Footwear**"), and adidas AG ("**adidas**").

**WHEREAS,** adidas and Lender are parties to a Licensing and Endorsement Agreement, dated January 1, 2017 (the "**2017 Agreement**"), and certain amendments including Amendment No. 3 to Licensing and Endorsement Agreement, dated September 30, 2019 ("**Amendment No. 3**"), and Amendment No. 4 to Licensing and Endorsement Agreement, dated January 29, 2020 ("**Amendment No. 4**") (the 2017 Agreement, as amended, is referred to as the "**Agreement**"). All capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Agreement.

**NOW, THEREFORE,** the parties agree as follows:

1. [REDACTED]

2. Procedures, Representations and Warranties.

[REDACTED]

adidas AG  
By: _[signature]_  
Name: Paul Ehrlich  
Title: _____

Yeezy, LLC  
By: _[signature]_  
Name: _____  
Title: _____

Yeezy Footwear LLC  
By: _[signature]_  
Name: _____  
Title: _____

15



## rtificate Of Completion

Envelope Id: FD57D0A917B74BEB98B845BA2DCA8165  
Subject: Please DocuSign: Payment Confirmation.pdf  
SharePoint Folder:  
SharePoint:  
Use Case:  
Source Envelope:  
Document Pages: 1  
Certificate Pages: 2  
AutoNav: Enabled  
EnvelopeId Stamping: Enabled  
Time Zone: (UTC+01:00) Amsterdam, Berlin, Bern, Rome, Stockholm, Vienna  

Signatures: 1  
Initials: 0  

Status: Completed  

Envelope Originator:  
Tammy Russum  
Adi-Dassler-Strasse 1  
Herzogenaurach, Bavaria  91074  
Tammy.Russum@adidas-Group.com  
IP Address: 209.210.2.28  

### Record Tracking

Status: Original  
  2/20/2020 8:18:53 PM  

Holder: Tammy Russum  
  Tammy.Russum@adidas-Group.com  

Location: DocuSign  

### Signer Events

Paul Ehrlich  
Paul.Ehrlich@adidas.com  
General Counsel  
adidas AG  
Security Level: Email, Account Authentication (None)  

**Signature**  
DocuSigned by: Paul Ehrlich  
—51CA9296C2EF408  

Signature Adoption: Uploaded Signature Image  
Using IP Address: 209.210.2.28  

**Timestamp**  
Sent: 2/20/2020 8:24:46 PM  
Viewed: 2/20/2020 8:28:28 PM  
Signed: 2/20/2020 8:28:35 PM  

Electronic Record and Signature Disclosure:  
  Not Offered via DocuSign  

### In Person Signer Events
Signature  
Timestamp

### Editor Delivery Events
Status  
Timestamp

### Agent Delivery Events
Status  
Timestamp

### Intermediary Delivery Events
Status  
Timestamp

### Certified Delivery Events
Status  
Timestamp

### Carbon Copy Events

Chris Daenhardt  
Chris.Daenhardt@adidas-group.com  
Sr Director adidas Brand Finance  
Security Level: Email, Account Authentication (None)  

Status: COPIED  

Timestamp  
Sent: 2/20/2020 8:28:36 PM  
Viewed: 2/20/2020 8:56:22 PM  

Electronic Record and Signature Disclosure:  
  Not Offered via DocuSign  

David Choi  
dchoi@yeezy.com  
Security Level: Email, Account Authentication (None)  

COPIED  

Sent: 2/20/2020 8:28:36 PM  

Electronic Record and Signature Disclosure:  
  Not Offered via DocuSign  

16

| Carbon Copy Events | Status | Timestamp |
|---|---|---|
| Ivy Hudson<br>Hudson@adidas-group.com<br>adidas AG<br>Security Level: Email, Account Authentication (None) | **COPIED** | Sent: 2/20/2020 8:28:36 PM |
| **Electronic Record and Signature Disclosure:**<br>Not Offered via DocuSign | | |

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 2/20/2020 8:28:36 PM |
| Certified Delivered | Security Checked | 2/20/2020 8:28:36 PM |
| Signing Complete | Security Checked | 2/20/2020 8:28:36 PM |
| Completed | Security Checked | 2/20/2020 8:28:36 PM |

| Payment Events | Status | Timestamps |
|---|---|---|

17

## PAYMENT CONFIRMATION

This Payment Confirmation (this **"Confirmation"**) is made as of August 15, 2020 by adidas AG (**"adidas"**), Yeezy, LLC (**"Lender"**) c/o Kanye Omari West (**"Artist"**), and Lender's undersigned affiliates.

**WHEREAS,** adidas and Lender are parties to a Licensing and Endorsement Agreement, dated January 1, 2017 (the **"2017 Agreement"**), and certain amendments, letter agreements, directives and confirmations (the 2017 Agreement, as amended by such documents is referred to as the **"Original Agreement,"** and the Original Agreement as amended by this Confirmation is referred to as the **"Agreement"**). All capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Original Agreement.

**NOW, THEREFORE,** the parties agree as follows:

1. [REDACTED]

2. [REDACTED]

**Mutual Dispute Resolution Process** [REDACTED]. Lender and Artist acknowledge that stability is critical to the success of [REDACTED] and as such agree to the following process to conclusively and rapidly address potential disputes.

a) [REDACTED]

b) [REDACTED]

c) [REDACTED]

18

DocuSign Envelope ID: 351FD3D2-CF8F-46E4-8969-BDDFEADD0014

d) ■

e) ■

f) ■

g) IN NO EVENT WILL ADIDAS AND/OR ITS AFFILIATES BE LIABLE TO LENDER, ARTIST AND/OR ITS AFFILIATES FOR ANY INCIDENTAL, SPECIAL, CONSEQUENTIAL, EXEMPLARY, PUNITIVE OR INDIRECT DAMAGES ARISING OUT OF OR RELATED TO THE AGREEMENT (INCLUDING, WITHOUT LIMITATION, ANY LOSS OF REVENUE, PROFIT OR USE). IN NO EVENT WILL ADIDAS AND/OR ITS AFFILIATES BE LIABLE TO LENDER AND/OR ITS AFFILIATES FOR AN AMOUNT GREATER THAN ■

h) ■

i) ■

j) ■

4. ■ In the event of expiration or termination of the Agreement for any reason, Lender and its affiliates shall return to adidas an amount equal to: (i) the total amount of Marketing Fund payments made by adidas during the twelve (12) months prior to expiration or termination; minus (ii) amounts Lender and/or its affiliates paid out of such Marketing Fund during the twelve (12) months prior to expiration or termination in compliance with the Agreement, as supported by documents demonstrating the date, amount, and use of such funds, as well as any other supporting documentation requested by adidas.

19

5. **Procedures, Representations and Warranties.**

[redacted]

adidas AG
By: *Paul Ehrlich* (DocuSigned)
Name: Paul Ehrlich
Title: General Counsel

By: *Torben Schumacher* (DocuSigned)
Name: Torben Schumacher
Title: GM Originals & Style

Yeezy, LLC
By: _____
Name: Kanye West
Title: _____

Yeezy Footwear LLC
By: _____
Name: Kanye West
Title: _____

Yeezy Marketing LLC
By: _____
Name: Kanye West
Title: _____

[redacted]

Date: _____

Kanye West

20