DocuSign Envelope ID: 7E6BFB3E-D113-4867-826D-CFBECBCD17BB

## PAYMENT CONFIRMATION

This Payment Confirmation (this **"Confirmation"**) is made as of October 7, 2021 by adidas AG (**"adidas"**), Yeezy, LLC ("**Lender"**) f/s/o Kanye Omari West (**"Artist"**), and Lender's undersigned affiliates.

**WHEREAS,** adidas and Lender are parties to a Licensing and Endorsement Agreement, dated January 1, 2017 (the **"2017 Agreement"**), and certain amendments, letter agreements, directives and confirmations (the 2017 Agreement, as amended by such documents is referred to as the **"Original Agreement,"** and the Original Agreement as amended by this Confirmation is referred to as the **"Agreement"**). All capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Original Agreement.

**NOW, THEREFORE,** the parties agree as follows:

1.

2.

3.  **Procedures, Representations and Warranties**.

| adidas AG | Yeezy, LLC | Yeezy Footwear LLC | Yeezy Marketing LLC |
|---|---|---|---|
| By: *Torben Schumacher* | By: | By: | By: |
| Name: 1FE4173C4B9042F... | Name: Andre Bodiford | Name: Andre Bodiford | Name: Andre Bodiford |
| Title: | Title: COS | Title: COS | Title: COS |
| By: *Paul Ehrlich* | | | |
| Name: 51CA9296C2EF408... | | | |
| Title: | | | |

# EXHIBIT 3



**Matthew A. Levin | Lawyer**
MattLevin@MarkowitzHerbold.com

November 5, 2022

<u>**Via Email and Overnight Delivery**</u>



Ye and Yeezy, LLC
c/o Quinn Emanuel Urquhart & Sullivan, LLP
Attn:  Michael Fazio
865 S Figueroa Street, 10th Floor
Los Angeles, CA  90017
michaelfazio@quinnemanuel.com

Ye and Yeezy, LLC
c/o Latham & Watkins LLP
Attn: Cary Hyden
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925

Ye and Yeezy, LLC
c/o Cohn Reznick LLP
Attn: Marisa Garcia, CPA
1301 Avenue of the Americas
New York, NY 10019
marisa.garcia@cohnreznick.com

Re:    Exercise of Termination Right

Dear Ye and Yeezy, LLC:

We write on behalf of adidas AG in connection with the agreement between adidas AG ("adidas") and Yeezy, LLC f/s/o Kanye Omari West (n/k/a Ye) dated January 1, 2017, as amended (the "Agreement").

█████████████████████████████████████ adidas hereby exercises its right to terminate the Agreement pursuant to Section 34(A)(vii).
████████████████████████████████

Pursuant to Paragraph 4 of the parties' August 15, 2020 Payment Confirmation, adidas also hereby demands that Yeezy, LLC and its affiliates – including but not limited to

Ye
Yeezy, LLC
November 5, 2022
Page 2

Yeezy Footwear LLC, Yeezy Marketing LLC, and Ye as guarantor (collectively, "Yeezy") – return to adidas an amount equal to the total amount of Marketing Fund payments made by adidas to Yeezy during the last 12 months, which is $75 million, minus any expenditures made by Yeezy during this time period that Yeezy is able to demonstrate were made in compliance with the Agreement. If Yeezy claims to have made any expenditures from the Marketing Fund in compliance with the Agreement during the last 12 months, it must provide to adidas documentation ████████████████████████



adidas reserves all rights and remedies it has at law and in equity in addition to those expressly noted above, and nothing contained herein shall be deemed a waiver of any rights or an election of remedies, including but not limited to adidas' rights and remedies in connection with each of Yeezy's and Ye's known (and unknown at this time) breaches of the Agreement and tortious conduct.

Very truly yours,

Matthew A. Levin

cc:     Client

1354347

2

# adidas

**FOR IMMEDIATE RELEASE**                                    **Herzogenaurach, October 25, 2022**


## adidas terminates partnership with Ye immediately

adidas does not tolerate antisemitism and any other sort of hate speech. Ye's recent comments and actions have been unacceptable, hateful and dangerous, and they violate the company's values of diversity and inclusion, mutual respect and fairness.

After a thorough review, the company has taken the decision to terminate the partnership with Ye immediately, end production of Yeezy branded products and stop all payments to Ye and his companies. adidas will stop the adidas Yeezy business with immediate effect.

This is expected to have a short-term negative impact of up to €250 million on the company's net income in 2022 given the high seasonality of the fourth quarter.

adidas is the sole owner of all design rights to existing products as well as previous and new colorways under the partnership. More information will be given as part of the company's upcoming Q3 earnings announcement on November 9, 2022.


\*\*\*


**Contacts:**

**Media Relations**                          **Investor Relations**
corporate.press@adidas.com                   investor.relations@adidas.com
Tel.: +49 (0) 9132 84-2352                   Tel.: +49 (0) 9132 84-2920

For more information, please visit adidas-group.com.

05

3

# EXHIBIT 4

CONFIDENTIAL



1

# EXHIBIT 5



August 4, 2022



**IMPORTANT | Transaction Routing Instructions (ACH and Wire)**

Dear ▮▮▮▮

Thank you for your request for account and bank routing number information for ▮▮▮▮▮▮▮▮▮▮▮▮
Please provide the below routing instructions for ACH and wire transactions to remitters who send transactions to the company account.

For accurate and timely processing of transactions, it is very important that remitters correctly identify the company account number and the applicable routing number.

**For ACH delivery:**
Bank Routing Number:
Account Number:
Account Name:



**For Wire Transfers:**
Bank Routing Number:
SWIFT Code:
General Bank Reference Address:      JPMorgan Chase New York, NY 10017
Account Number:
Account Name:

**We are here to help.**

Please call me if you have any questions. Thank you for your business and the opportunity to serve you.

Sincerely,

Nicholas DeLuco IV
Client Service Associate
JPMorgan Chase Bank, N.A.
3 Park Plaza Fl 9, Irvine, CA 92614
949-442-7204
nicholas.j.delucoiv@chase.com

IMPORTANT INFORMATION: J.P. Morgan and Chase are marketing names for certain businesses of JPMorgan Chase & Co. ("JPMC") and its subsidiaries worldwide. Products and services may be provided by banking affiliates, securities affiliates or other JPMC affiliates or entities. Any examples used are generic, hypothetical and for illustration purposes only. Prior to making any financial or investment decisions, a client or prospect ("Client" or "you" as the context may require) should seek individualized advice from financial, legal, tax and other professional advisors that take into account all of the particular facts and circumstances of the Client's own situation. In no event shall JPMC or any of its directors, officers, employees or agents be liable for any use of, for any decision made or action taken in reliance upon or for any inaccuracies or errors in, or omissions from information in this content. We are not acting as any Client's agent, fiduciary or advisor, including, without limitation, as a Municipal Advisor under the Securities and Exchange Act of 1934. JPMC assumes no responsibility or liability whatsoever to any Client with respect to such matters, and nothing herein shall amend or override the terms and conditions in the agreement(s) between JPMC and any Client or other person.

©2020 JPMorgan Chase & Co. All rights reserved. JPMorgan Chase Bank, N.A. Member FDIC. All services are subject to applicable laws and regulations and service terms.

ABOUT THIS MESSAGE This letter gives you updates and information about your JPMC relationship.



July 21, 2022



**IMPORTANT | Transaction Routing Instructions (ACH and Wire)**

Dear ▮▮▮▮

Thank you for your request for account and bank routing number information for ▮▮▮▮▮▮▮▮▮▮
Please provide the below routing instructions for ACH and wire transactions to remitters who send
transactions to the company account.

For accurate and timely processing of transactions, it is very important that remitters correctly identify the
company account number and the applicable routing number.

**For ACH delivery:**

Bank Routing Number:
Account Number:
Account Name:

**For Wire Transfers:**

Bank Routing Number:
SWIFT Code:
General Bank Reference Address:       JPMorgan Chase New York, NY 10017
Account Number:
Account Name:

**We are here to help.**

Please call me if you have any questions. Thank you for your business and the opportunity to serve you.

Sincerely,

Nicholas DeLuco
Associate
JPMorgan Chase Bank, N.A.
3 Park Plaza, Irvine, CA 92614
949-442-7204
nicholas.j.delucoiv@chase.com

IMPORTANT INFORMATION: J.P. Morgan and Chase are marketing names for certain businesses of JPMorgan Chase & Co. ("JPMC") and its
subsidiaries worldwide. Products and services may be provided by banking affiliates, securities affiliates or other JPMC affiliates or entities. Any
examples used are generic, hypothetical and for illustration purposes only. Prior to making any financial or investment decisions, a client or prospect
("Client" or "you" as the context may require) should seek individualized advice from financial, legal, tax and other professional advisors that take into
account all of the particular facts and circumstances of the Client's own situation. In no event shall JPMC or any of its directors, officers, employees or
agents be liable for any use of, for any decision made or action taken in reliance upon or for any inaccuracies or errors in, or omissions from
information in this content. We are not acting as any Client's agent, fiduciary or advisor, including, without limitation, as a Municipal Advisor under the
Securities and Exchange Act of 1934. JPMC assumes no responsibility or liability whatsoever to any Client with respect to such matters, and nothing
herein shall amend or override the terms and conditions in the agreement(s) between JPMC and any Client or other person.

©2020 JPMorgan Chase & Co. All rights reserved. JPMorgan Chase Bank, N.A. Member FDIC. All services are subject to applicable laws and
regulations and service terms.

ABOUT THIS MESSAGE This letter gives you updates and information about your JPMC relationship.

# EXHIBIT 7



November 15, 2022

**VIA OVERNIGHT COURIER AND EMAIL**



Latham & Watkins LLP
Attn: Cary Hyden
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925

Marisa Garcia, CPA
CohnReznick LLP
1301 Avenue of the Americas
New York, NY 10019
marisa.garcia@cohnreznick.com

Michael Sarney
Myers Wolin, LLC
100 S. Jefferson Rd., Suite 202
Whippany, NJ 07981
michael.sarney@myerswolin.com

**RE:     Exercise of Audit Rights**

Dear Yeezy, LLC, Marisa, and Michael,

I write to exercise adidas AG's ("adidas") right to conduct an audit of Yeezy, LLC's, Yeezy Marketing LLC's, and any affiliated individuals' or entities' (together, "Yeezy") use of all Marketing Fund payments made by adidas pursuant to the Licensing and Endorsement Agreement entered into by adidas and Yeezy (as amended, the "Agreement").

██████████ All such payments to ██████████████████████████████
██████ were only permitted to be used for specified and limited purposes; and were expressly prohibited from being "commingled with funds of Lender, other Lender or Artist affiliates or Artist" or "disbursed to Artist, Lender or Artist affiliates of Lender."

As you are aware, pursuant to Paragraph 4 of the parties' August 15, 2020 Payment Confirmation, Yeezy (including its affiliates and Ye as guarantor) is required to immediately return to adidas an amount equal to the total amount of Marketing Fund payments made by adidas to Yeezy during the last 12 months, which is $75 million, minus any expenditures made by Yeezy during this time period that Yeezy is able to demonstrate were made in compliance with the Agreement. Among other relief, adidas demanded the immediate return of that sum on November 5, 2022.

DocuSign Envelope ID: EE93E5BB-5B92-42CE-A552-28BE416DC7AD

Along with and in addition to the rights provided in Paragraph 4 of the August 15, 2020 Payment Confirmation, ████████████████████ grants adidas "the right . . . to examine ████████████████████ books and records related to compliance with" the obligations and restrictions regarding all payments to ████████████████████ adidas hereby exercises this audit right ████████████████████████████ ████████████████████ Please immediately make available to adidas all relevant books and records relating to all payments ████████████████████████ ████████████████████████████ Please also be aware that, ████████████████████ Yeezy shall be required to return to adidas the entire amount of payments made to the Marketing Fund by adidas that Yeezy is unable to establish through this audit were used for the specified and limited purposes set forth in the Agreement.

████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████

Sincerely,

Paul Ehrlich
General Counsel, Global Brands and Americas